| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**       **Erie Street Investors, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **20-8810791**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1307 N. Clybourn Ave., Suite A** <br> **Chicago, IL 60610** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Erie Street Investors, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Erie Street Investors, LLC** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
      Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Erie Street Investors, LLC**_____     Case number (*if known*)_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  3, 2017**
MM / DD / YYYY

X  **/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Signature of authorized representative of debtor

**Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Printed name

Title  **Managing Member of Erie Street Investors LLC**

**18. Signature of attorney**

X  **/s/ SCOTT R. CLAR**
Signature of attorney for debtor

Date  **April  3, 2017**
MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**     Email address _____

**06183741**
Bar number and State

Case 17-10554 Doc 1 Filed 04/03/17 Entered 04/03/17 15:38:48 Desc Main 4/03/17 3:03PM
Document Page 5 of 16

Debtor **Erie Street Investors, LLC**
_____Name_____ Case number (*if known*)_____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 3, 2017**
_____MM / DD / YYYY_____

X _[signature]_                                      **Arthur Holmer, Managing Member of**
Signature of authorized representative of debtor      **Weiland Ventures, LLC**
                                                     Printed name

Title  **Managing Member of Erie Street Investors LLC**

**18. Signature of attorney**   X _[signature]_                Date **April 3, 2017**
                                 Signature of attorney for debtor           MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**      Email address _____

**06183741**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Erie Street Investors, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 3, 2017**        X **/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**
                                            Signature of individual signing on behalf of debtor

                                            **Arthur Holmer, Managing Member of Weiland Ventures, LLC**
                                            Printed name

                                            **Managing Member of Erie Street Investors LLC**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Erie Street Investors, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 3, 2017    X  /s/
Signature of individual signing on behalf of debtor

**Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Printed name

**Managing Member of Erie Street Investors LLC**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Erie Street Investors, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adam and Melissa Berman** 3312 W. Peterson Chicago, IL 60659 | | | Disputed | | | $75,000.00 |
| **Adeptia, Inc.** 343 W. Erie St., Suite 430 Chicago, IL 60654 | | Tenant Security Deposit | | | | $21,387.50 |
| **Arthur Holmer** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | Affiliate | | | | $223,675.33 |
| **Boardwalk Capital Holdings** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | Affiliate | | | | $1,411,471.74 |
| **BrightSpeed Solutions, Inc.** 343 W. Erie St., Suite 200 Chicago, IL 60654 | | Tenant Security Deposit | | | | $16,534.84 |
| **Century 21 Affiliated** 5620 W. 95th St. Oak Lawn, IL 60453 | | | | | | $79,906.67 |
| **Devbridge Group, LLC** 343 W. Erie St., Suite 500 Chicago, IL 60654 | | Tenant Security Deposit | | | | $27,083.33 |
| **Gussis Lichtenfeld & Alexander LLC** 6200 N. Hiawatha, #400 Chicago, IL 60646 | | | | | | $16,800.00 |

Debtor **Erie Street Investors, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jones Lang Midwest LLC**<br>**71700 Treaasury Center**<br>**Chicago, IL 60694** | | | | | | $60,694.00 |
| **LaSalle Investors**<br>**1307 N. Clybourn Ave., Suite A**<br>**Chicago, IL 60610** | | **Affiliate** | | | | $533,305.48 |
| **Law Offices Field and Goldberg, LLC**<br>**10 S. LaSalle St., #2910**<br>**Chicago, IL 60603** | | | | | | $45,773.00 |
| **Marc Realty, LLC**<br>**17 N. State St., #990**<br>**Chicago, IL 60602** | | | | | | $103,037.04 |
| **MKTG, Inc.**<br>**343 W. Erie St., Suite 520**<br>**Chicago, IL 60654** | | **Tenant Security Deposit** | | | | $18,395.33 |
| **NOCO LLC dBA UFC Gym**<br>**343 W. Erie St., Suite LL1**<br>**Chicago, IL 60654** | | **Tenant Security Deposit** | | | | $29,333.33 |
| **Rialto Capital Advisors, LLC, as Special Servicer for CMBS Trust**<br>**790 NW 107th Ave., #400**<br>**Miami, FL 33172** | | **343 W. Erie Street Chicago, IL 60654** | **Disputed** | $18,668,587.90 | $0.00 | $18,668,587.90 |
| **Robert Berman Real Estate LP**<br>**3312 W. Peterson**<br>**Chicago, IL 60659** | | | **Disputed** | | | $75,000.00 |
| **UX Factory, LLC**<br>**343 W. Erie St., Suite 500**<br>**Chicago, IL 60654** | | **Tenant Security Deposit** | | | | $19,868.33 |
| **Wells Street Companies**<br>**1307 N. Clybourn Ave., Suite A**<br>**Chicago, IL 60610** | | **Affiliate** | | | | $32,212.51 |
| **Wells Street Management**<br>**1307 N. Clybourn Ave., Suite A**<br>**Chicago, IL 60610** | | **Affiliate** | | | | $121,089.39 |

Debtor **Erie Street Investors, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **York Solutions LLC**<br>**343 W. Erie St.,**<br>**Suite 325**<br>**Chicago, IL 60654** | | **Tenant Security Deposit** | | | | **$15,358.00** |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Erie Street Investors, LLC**                                            Case No.
                                   Debtor(s)                                     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **39**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 3, 2017**                    **/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**
                                             **Arthur Holmer, Managing Member of Weiland Ventures, LLC**/**Managing Member of Erie Street Investors LLC**
                                             Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Erie Street Investors, LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **39**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April 3, 2017**

**Arthur Holmer, Managing Member of Weiland Ventures, LLC/Managing Member of Erie Street Investors LLC**
Signer/Title

Adam and Melissa Berman
3312 W. Peterson
Chicago, IL 60659

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

F.E. Moran Mechanical
5959 S. Harlem
Chicago, IL 60638

Adeptia, Inc.
343 W. Erie St., Suite 430
Chicago, IL 60654

Corporate Cleaning Service
21 W. Elm St.
Chicago, IL 60610

Jones Lang Midwest LLC
71700 Treaasury Center
Chicago, IL 60694

Alchemy Limited, LLC
343 W. Erie St., Suite 300
Chicago, IL 60654

Cotton Candy GLobal Marketing, Inc.
343 W. Erie St., Suite 450
Chicago, IL 60654

KTGY Group, Inc.
343 W. Erie St., Suite 220
Chicago, IL 60654

Arthur Holmer
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Devbridge Group, LLC
343 W. Erie St., Suite 500
Chicago, IL 60654

LaSalle Investors
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Direct Energy Business
PO Box 70220
Philadelphia, PA 19175-0220

Law Offices Field and Goldberg, LL
10 S. LaSalle St., #2910
Chicago, IL 60603

Boardwalk Capital Holdings
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Elite Intercom Services Inc.
3501 N. Southport Ave., #37B
Chicago, IL 60657

Legum & Norman Midwest, LLC
343 W. Erie St., Suite 330
Chicago, IL 60654

BottomLine Recruiting, LLC
343 W. Erie St., Suite 210
Chicago, IL 60654

EVGC. LLC
343 W. Erie St., Suite 320
Chicago, IL 60654

Marc Realty, LLC
17 N. State St., #990
Chicago, IL 60602

BrightSpeed Solutions, Inc.
343 W. Erie St., Suite 200
Chicago, IL 60654

Fields Janitorial Services Inc.
203 N. LaSalle, #2100
Chicago, IL 60601

Mickeys Linen
4601 W. Addison St.
Chicago, IL 60641

Century 21 Affiliated
5620 W. 95th St.
Oak Lawn, IL 60453

Gameplan Branding Group, Inc.
343 W. Erie St., Suite 230
Chicago, IL 60654

MKTG, Inc.
343 W. Erie St., Suite 520
Chicago, IL 60654

Chicago Medical Exchange
343 W. Erie St., Suite 240
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
6200 N. Hiawatha, #400
Chicago, IL 60646

NOCO LLC dBA UFC Gym
343 W. Erie St., Suite LL1
Chicago, IL 60654

Rialto Capital Advisors, LLC
Special Servicer for CMBS Trust
790 NW 107th Ave., #400
Miami, FL 33172


Robert Berman Real Estate LP
3312 W. Peterson
Chicago, IL 60659


Russell Hillcrest LLC
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610


Swidler Spanola and Company, LLC
343 W. Erie St., Suite 510
Chicago, IL 60654


UX Factory, LLC
343 W. Erie St., Suite 500
Chicago, IL 60654


VIA Technik, LLC
343 W. Erie St., Suite 410
Chicago, IL 60654


Wells Street Companies
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610


Wells Street Management
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610


York Solutions LLC
343 W. Erie St., Suite 325
Chicago, IL 60654

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Erie Street Investors, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Erie Street Investors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boardwalk Companies, LLC Series J**
**1307 N. Clybourn Ave., Suite A**
**Chicago, IL 60610**

☐ None [*Check if applicable*]

**April 3, 2017**
Date

/s/ SCOTT R. CLAR
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for **Erie Street Investors, LLC**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Erie Street Investors, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Erie Street Investors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boardwalk Companies, LLC Series J**
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

☐ None [*Check if applicable*]

April 3, 2017
Date

SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for    **Erie Street Investors, LLC**
**Crane, Heyman, Simon, Welch & Clar**
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114