UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-10554 |
| | ) | |
| Erie Street Investors, LLC | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Certification of Relatedness**

The undersigned attorney certifies that:

1. 3 cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

[ ] the debtors are husband and wife; or
[ ] the debtor was a debtor in a previous case under Chapter 11; or
[ ] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.
[x] The Debtors all owe same secured lender for same debt.

3. List of related bankruptcy case number(s) and case name(s):

Erie Street Investors, LLC 17-10554
LaSalle Investors, LLC 17-10557
WSC Parking Fund I 17-10561

Date of certification: 4/3/17 Attorney's Signature: [signature]

**This form must be filed in each related Bankruptcy Case**