## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In Re:** | |
| **Erie Street Investors, LLC,** | **Case No. 17-10554**<br>**Chapter 11**<br>**Judge Deborah L. Thorne** |
| **In Re:** | **Case No. 17-10810**<br>**Chapter 11** |
| **Sheffield Avenue Investors, LLC,** | **Judge Deborah L. Thorne** |
| **In Re:** | **Case No. 17-10806**<br>**Chapter 11** |
| **George Street Investors, LLC,** | **Judge Deborah L. Thorne** |
| **In Re:** | **Case No. 17-10557**<br>**Chapter 11** |
| **LaSalle Investors, LLC,** | **Judge Deborah L. Thorne** |
| **In Re:** | **Case No. 17-10561**<br>**Chapter 11** |
| **WSC Parking Fund I,** | **Judge Deborah L. Thorne** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on July 6, 2017, the undersigned attorney will present the instant *Application for Compensation and for Discharge of Receiver* in front of Judge Deborah L. Thorne, Room 613, at 9:30 am at the U.S. Bankruptcy Court for the Northern District of Illinois, at the Dirksen Federal Building, 219 South Dearborn Street, 6th Floor, Chicago, Illinois, a copy of which is herewith served upon you by electronic notice or by U.S. Mail as indicated below.

Respectfully submitted,

**Daniel Hyman of Millennium Properties R/E Inc., an Illinois corporation, as Court Appointed Receiver in 16 CH 11080**

/s/ Richard C. Perna
One of his attorneys

Richard C. Perna (#6193236)
Natalie H. Koepke (#6320939)
**Fuchs & Roselli, Ltd.**
440 West Randolph, Suite 500
Chicago, IL 60606
(312) 651-2400

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on June 23, 2017, he served the foregoing Notice of Motion referenced herein, and related documents by the method described below to all parties that have consented to same in accordance with applicable Federal Rules of Bankruptcy Procedure, Local Rules of the U.S. Bankruptcy Court for the Northern District of Illinois, and the Federal Rules of Civil Procedure.

## Service Regarding Sheffield Avenue Investors, LLC

*Via CM/ECF*
Scott R Clar
Crane, Hyman, Simon, Welch & Clar
135 S. LaSalle Street #3705
Chicago, IL 60603
*Attorney for Debtor*

*Via CM/ECF*
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*Trustee*

*Via Hand Delivery*
Sheffield Avenue Investors, LLC
1307 N. Clybourn Ave.,
Suite A
Chicago, IL 60610

*Via CM/ECF*
Edward S. Weil
March A. Silverman
Jonathan E. Aberman
Maria A. Diakoumakis
Dykema Gosset PLLC
10 S. Wacker Dr. #2300
Chicago, IL 60606
*Attorney for Deutsche Bank Trust Company Americas*

*Via First Class Mail*
AFG Real Estate Opps Fund LP
811 Camp Home Road #100
Pittsburgh, PA 15237

*Via First Class Mail*
Arthur Holmer
230 W. Division Street Unit 905
Chicago, IL 60610

*Via First Class Mail*
Boardwalk Capital Holdings
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

*Via First Class Mail*
Brostchul Potts LLC
Attn: Scott A. Schaefers
30 N. LaSalle Street #1402
Chicago, IL 60602

*Via First Class Mail*
Brown, Udell, Pomerantz & Delrahim
225 W. Illinois Street Suite 300
Chicago, IL 60654

*Via First Class Mail*
City of Chicago
Dept of Finance – Utility Building
PO Box 6330

Chicago, IL 60680

*Via First Class Mail*
Cook County Treasurer
118 N. Clark Street Suite 112
Chicago, IL 60602

*Via First Class Mail*
Department of Treasury – Internal
Revenue Service
230 S. Dearborn
RM 2600, M/S 5014CHI
Chicago, IL 60604

*Via First Class Mail*
Direct Energy Business
PO Box 70220
Philadelphia, PA  19176

*Via First Class Mail*
DMK Burger Bar – Prepaid Rent
1011 W. Wellington Suite 220
Chicago, IL 60657

*Via First Class Mail*
Dr. Rakovsky
1011 W. Wellington Suite 230
Chicago, IL 60657

*Via First Class Mail*
Dykema Gossett PLLC
10 S. Wacker Drive #2300
Chicago, IL 60606

*Via First Class Mail*
George Street Investors
1307 N. Clybourn #A
Chicago, IL 60610

*Via First Class Mail*
House of Glass
424 N. York Road
Elmhurst, IL 60126

*Via First Class Mail*
Lakeshore Investments, LLC
c/o Brotschul Potts LLC
30 N. LaSalle #1402
Chicago, IL 60602

*Via First Class Mail*
McKeown & Bonzak
1011 W. Wellington Suite 220
Chicago, IL 60657

*Via First Class Mail*
Millenium Properties R/E
Attn: Daniel Hyman
205 W. Wacker Drive #1750
Chicago, IL 60606

*Via First Class Mail*
Plante Moran
10 S. Riverside Plaza, 10th Floor
Chicago, IL 60606

*Via First Class Mail*
Rialto Capital Advisors
790 NW 107th Avenue Suite 400
Miami, FL 33172

*Via First Class Mail*
Springer Property Services
1335 S. Prairie Avenue #1806
Chicago, IL 60605

*Via First Class Mail*
Wells Street Companies
1307 N. Clybourn Avenue Suite A

*Via First Class Mail*
Wells Street Management
1307 N. Clybourn Avenue Suite A

Chicago, IL 60610                          Chicago, IL 60610


## Service Regarding George Street Investors, LLC

*Via CM/ECF*                               *Via CM/ECF*
Scott R Clar                               Office of the U.S. Trustee, Region 11
Crane, Hyman, Simon, Welch & Clar          219 S. Dearborn Street
135 S. LaSalle Street #3705                Room 873
Chicago, IL  60603                         Chicago, IL 60604
*Attorney for Debtor*                      *Trustee*

*Via First Class Mail*                     *Via CM/ECF*
George Street Investors, LLC               Edward S. Weil
1307 N. Clybourn Ave.,                     Mark A. Silverman
Suite A                                    Jonathan E. Aberman
Chicago, IL 60610                          Maria A. Diakoumakis
                                           Dykema Gosset PLLC
                                           10 S. Wacker Dr. #2300
                                           Chicago, IL 60606
                                           *Attorney for Deutsche Bank Trust*
                                           *Company Americas*

*Via First Class Mail*                     *Via First Class Mail*
Atalaya Capital Management                 Brown, Udell, Pomerantz, & Delrahim
780 Third Avenue, 27th Floor               225 W. Illinois Street #300
New York, NY 10017                         Chicago, IL 60610

*Via First Class Mail*                     *Via First Class Mail*
Sheffield Avenue Investors                 City of Chicago Water Dept
1307 N. Clybourn Ave. Suite A              PO Box 6330
Chicago, IL 60610                          Chicago, IL 60680

*Via First Class Mail*                     *Via First Class Mail*
Department of Treasury – Internal          Elan Realty Group Inc.
Revenue Service                            4040 N. Lincoln Ave.
PO Box 7346                                Chicago, IL 60618
Philadelphia, PA 19101

*Via First Class Mail*                     *Via First Class Mail*
Bixby Bridge Capital                       Fifth Third Bank
555 Skokie Boulevard #555                  222 S. Riverside Plaza, 29th Floor
Northbrook, IL 60062                       Chicago, IL 60606

*Via First Class Mail*
Boardwalk Companies – Series 1
1307 N. Clybourn Ave.
Suite A
Chicago, IL 60610

*Via First Class Mail*
HFF
181 West Madison #3900
Chicago, IL 60602

*Via First Class Mail*
Boardwalk Companies – Series G
1307 N. Clybourn Ave
Suite A
Chicago, IL 60610

*Via First Class Mail*
JMB Financial Advisors, LLC
900 N. Michigan Avenue, #1400
Chicago, IL 60611

*Via First Class Mail*
Jonathan Aberman
Dykema Gossett PLLC
10 S. Wacker Drive #2300
Chicago, IL 60606

*Via First Class Mail*
Lakeside Bank
2800 N. Ashland Avenue
Chicago, IL 60657

*Via First Class Mail*
Metropolitan Capital Advisors
3131 Turtle Creek Blvd #1200
Dallas, TX 75219

*Via First Class Mail*
Millenium Properties R/E
Attn: Daniel Hyman
205 W. Wacker Drive #1750
Chicago, IL 60606

*Via First Class Mail*
Plante Moran
10 S. Riverside Plaza 10th Floor
Chicago, IL 60606

*Via First Class Mail*
Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523

*Via First Class Mail*
Rialto Capital Advisors
790 NW 107 Avenue #400
Miami, FL 33172

*Via First Class Mail*
Trevian Capital
757 Third Avenue #2030
New York, NY 10017

*Via First Class Mail*
Wells Street Companies
1307 N. Clybourn Avenue Suite A
Chicago, IL 60610

*Via First Class Mail*
Wells Street Management
1307 N. Clybourn Avenue Suite A
Chicago, IL 60610

/s/ Richard C. Perna
One of Daniel Hyman's Attorneys

Richard C. Perna (#6193236)
Natalie H. Koepke (#6320939)
**Fuchs and Roselli, Ltd.**
440 West Randolph Street, Suite 500
Chicago, IL  60606
(312) 651-2400

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | |
| **Erie Street Investors, LLC,** | **Case No. 17-10554**<br>**Chapter 11**<br>**Judge Deborah L. Thorne** |
| | |
| | |
| In Re: | **Case No. 17-10810**<br>**Chapter 11** |
| **Sheffield Avenue Investors, LLC,** | **Judge Deborah L. Thorne** |
| | |
| | |
| In Re: | **Case No. 17-10806**<br>**Chapter 11** |
| **George Street Investors, LLC,** | **Judge Deborah L. Thorne** |
| | |
| | |
| In Re: | **Case No. 17-10557**<br>**Chapter 11** |
| **LaSalle Investors, LLC,** | **Judge Deborah L. Thorne** |
| | |
| | |
| In Re: | **Case No. 17-10561**<br>**Chapter 11** |
| **WSC Parking Fund I,** | **Judge Deborah L. Thorne** |

## APPLICATION FOR COMPENSATION, AND FOR DISCHARGE OF RECEIVER

NOW COMES Daniel Hyman of Millennium Properties R/E Inc., an Illinois

corporation, as Court Appointed Receiver in State Court Action 16 CH 11079 and 16

CH 11080 ("Receiver"), by and through his counsel, Richard C. Perna and Natalie H.

Koepke of the law firm of Fuchs & Roselli, Ltd., and as for his *Application for*

*Compensation and for Discharge of Receiver* ("Application"), brought pursuant to this Court's Order entered June 19, 2017 (Doc. #114, Case No. 17-10554) states as follows:

## Introduction

1.      Debtor Sheffield Avenue Investors, LLC ("Sheffield") filed its bankruptcy petition on or about April 5, 2017. Doc. #1, Case No. 17-10810.

2.      Sheffield is an Illinois limited liability company that owns nonresidential real property commonly known as 2954 – 2958 N. Sheffield Avenue, Chicago, Illinois (the "Sheffield Avenue Property").

3.      Debtor George Street Investors, LLC ("George") also filed its bankruptcy petition on or about April 5, 2017. Doc. #1, Case No. 17-10806.

4.      George is an Illinois limited liability company that owns nonresidential real property commonly known as 2852 – 56 Southport Avenue and 1141 West George Street, Chicago, Illinois (the "George Street Property").

5.      Previously, lender Deutsche Bank Trust Company Americas (the "Lender") commenced a foreclosure action on both the Sheffield Avenue Property and the George Street Property in the Circuit Court of Cook County, Illinois (the "State Court"), Case No. 16 CH 11079 and Case No. 16 CH 11080, respectively (collectively the "State Court Actions").

6.      On or about December 16, 2016, Receiver was appointed by the State Court to manage the Sheffield Avenue Property. *See* a true and accurate copy of the Order Appointing Receiver attached hereto as **Exhibit A**.

7.      Receiver was also directed to and did post a bond of $65,000.00 with the State Court.  *See* **Exhibit A**, p. 5 at ¶14.

8.      Also on December 16, 2016, Receiver was appointed by the State Court to manage the George Street Property.  *See* a true and accurate copy of the Order Appointing Receiver attached hereto as **Exhibit B**.

9.      Receiver was directed to and did post a bond of $70,000.00 with the State Court. *See* **Exhibit B**, p. 5 at ¶14.

### The Bankruptcies of George and Sheffield

10.      Sheffield filed its bankruptcy petition on April 5, 2017. Doc. #1, Case No. 17-10810.

11.      George also filed its bankruptcy petition on April 5, 2017. Doc. #1, Case No. 17-10806.

12.      This Court, through its Orders on Lender's *Motion to Excuse Compliance with 11 U.S.C. §543* in each case permitted Receiver to remain in possession, custody, and control of the George Street and Sheffield Avenue Properties on or about April 13, 2017. Doc. #28, Case No. 17-10806 and Doc. #21, Case No. 17-10810.

13.      Thereafter, Frances Gecker was appointed as Trustee of the estate of Erie Street Investors, LLC and its affiliated debtors ("Trustee"), which include Sheffield and George. Doc. #71, Case No. 17-10554.

14.      On or about June 12, 2017, Trustee sought to employ Ascend Property Management LLC for the purpose of providing tenant relations, building security,

janitor services, cleaning, landscape and maintenance through its Motion to Employ Property Manager ("Trustee's Motion to Employ"). *See* Doc. #114, Case No. 17-10554.

15.    On June 16, 2017, Trustee's Motion to Employ was granted, and Receiver was directed to file its final reports and an application for compensation and for discharge for Sheffield and George. *See* Order entered June 19, 2017 in Case No. 17-10554, attached hereto as **Exhibit C**.

### Application for Compensation for Sheffield Avenue Property

16.    Receiver brings the instant Application seeking compensation for its operating expenses related to the Sheffield Avenue Property totaling $15,990.56. *See Receiver's Third and Final Report,* attached hereto as **Exhibit D**, at p. 5.

17.    Of the operating expenses, Receiver incurred $5,790.99 in legal fees related to the receivership of the Sheffield Avenue Property. *See id.*

18.    Receiver also seeks payment for its management fees related to the Sheffield Avenue Property in the amount of $3,527.38. *See id.* at p. 6.

19.    Receiver incurred operating expenses in its operation of the Sheffield Avenue Property, including, but not limited to, the payment of utilities, janitorial services, plumbing repair services, and for legal services related to the custody and maintenance of the property. *See id.* at p. 5.

20.    These expenses were and are necessary to preserve the estate.

21.    Additionally, Receiver has incurred $3,501.50 in legal fees for the month of June that have not yet been billed.

22.     Counsel for Receiver anticipates that in addition to the foregoing sum, the Sheffield matter will take an additional 1.5 hours of attorney time billed at a rate of $425.00 per hour to prepare for and attend the hearing on the instant Application. Accordingly, an amount of $4,139.00 will be due to Receiver's Counsel for June and July time.

23.     Additionally, Receiver requests compensation for any work done from June 23, 2017 through the date of discharge.

24.     Receiver also seeks discharge from this from this Court.

25.     Finally, Receiver seeks discharge of the bond filed with the State Court in accordance with the Order Appointing Receiver. *See* **Exhibit A**; **Exhibit D**, p. 2.

## Application for Compensation for George Street Property

26.     Receiver also seeks compensation for its operating expenses and management fees related to George Street Property.

27.     Receiver brings the instant Application seeking compensation for its operating expenses and legal fees related to the George Street Property totaling $20,980.47. *See Receiver's Third and Final Report,* attached hereto as **Exhibit E**, at p. 5.

28.     Of the operating expenses, Receiver incurred $6,345.99 in legal fees related to the receivership of the George Street Property. *See id.*

29.     Receiver is also seeking payment for its management fees in the amount of $2,158.74. *See id.* at p. 6.

30.     Receiver incurred operating expenses in its operation of the George Property, including, but not limited to, the payment of water bills, installation of a new water heater, extermination services, installation of a new air conditioning unit, and for legal services related to the custody and maintenance of the property. *See id.* at p. 5.

31.     These expenses were and are necessary to preserve the estate.

32.     Additionally, Receiver has incurred $3,501.50 in legal fees for the month of June that have not yet been billed.

33.     Counsel for Receiver anticipates that in addition to the foregoing sum, the George case will take an additional 1.5 hours of attorney time billed at a rate of $425.00 per hour to prepare for and attend the hearing on the instant Application. Accordingly, an amount of $4,139.00 will be due to Receiver's Counsel for June and July attorney time.

34.     Additionally, Receiver requests compensation for any work done from June 23, 2017 through the date of discharge.

35.     Receiver also seeks discharge from this Court.

36.     Finally, Receiver seeks discharge of the bond filed with the State Court in accordance with the Order Appointing Receiver. *See* **Exhibit B** and **Exhibit E**, p. 2.

**WHEREFORE**, Daniel Hyman of Millennium Properties R/E Inc., an Illinois corporation, as Court Appointed Receiver in 16 CH 11079, prays that this Honorable Court enter an Order:

A.  Granting Receiver's *Application for Compensation and for Discharge*;

B.  Awarding Daniel Hyman of Millenium Properties R/E Inc. $15,990.56 in operating expenses in connection with the receivership of 2954 – 2958 N. Sheffield Avenue;

C.  Awarding Daniel Hyman of Millenium Properties R/E Inc. $3,527.38 in management fees in connection with the receivership of 2954 – 2958 N. Sheffield Avenue;

D.  Awarding the additional sum of $4,139.00 to Daniel Hyman of Millenium Properties R/E Inc. for legal fees for June and July time in connection with the receivership of 2954 – 2958 N. Sheffield Avenue;

E.  Discharging Daniel Hyman of Millenium Properties R/E Inc. as Receiver of the property commonly known as 2954 – 2958 N. Sheffield Avenue, Chicago, Illinois;

F.  Discharging the Receiver's bond posted with the State Court in the Circuit Court of Cook County Case No. 16 CH 11079;

G.  Awarding Daniel Hyman of Millenium Properties R/E Inc. $20,980.47 in operating expenses incurred in connection with the receivership of the property commonly known as 2852 – 56 Southport Avenue and 1141 West George Street, Chicago, Illinois;

H.  Awarding Daniel Hyman of Millenium Properties R/E Inc. $2,158.74 in management fees incurred in connection with the receivership of

the property commonly known as 2852 – 56 Southport Avenue and 1141 West George Street, Chicago, Illinois;

I.   Awarding the additional sum of $4,139.00 to Daniel Hyman of Millenium Properties R/E Inc. for June and July time in connection with the receivership of 2852 – 56 Southport Avenue and 1141 West George Street;

J.   Discharging Daniel Hyman of Millenium Properties R/E Inc. as Receiver of the property commonly known as 2852 – 56 Southport Avenue and 1141 West George Street, Chicago, Illinois;

K.   Discharging the Receiver's bond posted with the State Court in the Circuit Court of Cook County Case No. 16 CH 11080; and

L.   Awarding such other, further relief as this Court deems just and proper.

Respectfully submitted,

**Daniel Hyman of Millennium Properties R/E Inc., an Illinois corporation, as Court Appointed Receiver in 16 CH 11080**

/s/ Richard C. Perna
One of his attorneys

Richard C. Perna (#6193236)
Natalie H. Koepke (#6320939)
**Fuchs and Roselli, Ltd.**
440 West Randolph Street, Suite 500
Chicago, IL  60606
(312) 651-2400