IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-10554 |
| Erie Street Investors, LLC, *et al.* | ) | Chapter 11 |
| | ) | Judge Thorne |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

### NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 21st day of December, 2017 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, in the room usually occupied by her as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Crane, Simon, Clar & Dan for First and Final Allowance and Payment of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

### CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Notice of Hearing and Motion to be served via the Court's Electronic Registration or fax (as indicated) to all parties with and asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all other parties on the attached service list, on the 29th day of November, 2017, before the hour of 5:00 p.m.

/s/Scott R. Clar

-1-

## SERVICE LIST

**Court's Electronic Registration**:

United States Trustee*
Dirksen Federal Building
219 South Dearborn St, Ste. 873
Chicago, IL 60604

Edward S. Weil*
Mark A. Silverman*
Jonathan E. Aberman*
Maria A. Diakoumakis*
Robert B. Groholski*
Dykema Gossett PLLC
10 S. Wacker Dr., #2300
Chicago, IL 60606
eweil@dykema.com
Msilverman@dykema.com
jaberman@dykema.com
mdiakoumakis@dykema.com
rgroholski@dykema.com

Lauren Newman*
David M. Rownd*
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
lnewman@thompsoncoburn.com
drownd@thompsoncoburn.com

David Paul Holtkamp*
City of Chicago, Dept. of Law
121 N. LaSalle St., #400
Chicago, IL 60602
david.holtkapm2@gmail.com

J. Ryan Potts*
Brotschul Potts LLC
30 N. LaSalle St., #1402
Chicago, IL 60602
ryan@brotschulpotts.com

Jay R. Goldberg*
Field and Goldberg, LLC
10 S. LaSalle St., #2910
Chicago, IL 60603
jboldberg@fieldgoldberg.com

Frances Gecker*
Reed Heiligman*
FrankGecker LLP
325 N. LaSalle St.
Chicago, IL 60654
fgecker@gfllp.com
rheiligman@gfllp.com

Randall Borek*
Brotschul Potts LLC
30 N. LaSalle St., #1402
Chicago, IL 60602
rborek@brotschulpotts.com

Barbara L. Yong *
Golan Christie Taglia LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602
blyong@gct.law

Nancy A. Peterman*
Francis A. Citera*
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
petermann@gtlaw.com
citeraf@gtlaw.com

Peter S. Stamatis*
Law Offices of Peter S. Stamatis, P.C.
233 S. Wacker Drive, Suite #5210
Chicago, IL 60606
peter@stamatislegal.com

Thomas J. Griffin*
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
tgriffin@wwmlawyers.com

William W. Thorsness*
Michael R. Mulcahy*
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601
wthorsness@vedderprice.com
mmulcahy@vedderprice.com

Peter J. Roberts*
Shaw Fishman Glantz L& Towbin LLC
321 N. Clark St., #800
Chicago, IL 60654
proberts@shawfishman.com


Richard C. Perna*
Natalie H. Koepke*
Fuchs & Roselli, Ltd.
440 W. Randolph St., #500
Chicago, IL 60606
rperna@frltd.com
nkoepke@frltd.com


**Email**:

William J. Barrett*
Robert D. Nachman*
Bryan J. Segal*
Barack Ferrazzano Kirschbaum &
  Nageberg LLP
200 W. Madison St., #3900
Chicago, IL 60606
WILLIAM.BARRETT@bfkn.com
robert.nachman@bfkn.com
bryan.setal@bfkn.com

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Adam and Melissa Berman
3312 W. Peterson
Chicago, IL 60659

Adeptia, Inc.
343 W. Erie St., Suite 430
Chicago, IL 60654

Alchemy Limited, LLC
Attn: Lyle Zimmerman
1360 Ridge Rd.
Highland Park, IL 60035-2831

Anderson Elevator
2801 S. 19th Ave.
Broadview, IL 60155

Arnstein & Lehr
161 N. Clark St., #4200
Chicago, IL 60601-3316

Boardwalk Capital Holdings
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

BottomLine Recruiting, LLC
343 W. Erie St., Suite 210
Chicago, IL 60654

BrightSpeed Solutions, Inc.
343 W. Erie St., Suite 200
Chicago, IL 60654

Century 21 Affiliated
5620 W. 95th St.
Oak Lawn, IL 60453

Chicago Medical Exchange
343 W. Erie St., Suite 240
Chicago, IL 60654

City of Chicago Water
Department
PO Box 6330
Chicago, IL 60680

Commonwealth Edison
3 Lincoln Center
Attn: Bankruptcy Dept.
Oak Brook Terrace, IL 60181-4204

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Cook County Treasurer
118 N. Clark, Suite 112
Chicago, IL 60602

Corporate Cleaning
21 W. Elm St.
Chicago, IL 60610-6420

Cotton Candy Global Marketing,
Inc.
343 W. Erie St., Suite 450
Chicago, IL 60654

Department of Treasury-
Internal Revenue Serv.
PO Box 7346
Philadelphia, PA 19101-7346

Devbridge Group, LLC
343 W. Erie St., Suite 500
Chicago, IL 60654

Direct Energy Business
1001 Liberty Ave., Fl. 13
Philadelphia, PA 15222-3728

Elite Intercom Services Inc.
3501 N. Southport Ave., #37B
Chicago, IL 60657-1475

EVGC, LLC
343 W. Erie St., Suite 320
Chicago, IL 60654

Fields Janitorial Services Inc.
203 N. LaSalle, #2100
Chicago, IL 60601

Fox Valley Fire and Safety
2730 Pinnacle Dr.
Elgin, IL 60124

Gameplan Branding Group, Inc.
343 W. Erie St., Suite 230
Chicago, IL 60654

GT Development
343 W. Erie St., First Floor
Chicago, IL 60654

Gussis Lichtenfeld & Alexander
LLC
6200 N. Hiawatha, #400
Chicago, IL 60646

Hayes Mechanical
5959 S. Harlem
Chicago, IL 60638

Jeremy Nye
4442 N. Hazel St., #1
Chicago, IL 60640

Jones Lang Midwest LLC
71700 Treaasury Center
Chicago, IL 60694

Joshua M. Feagans
Law Office of Joshua M. Feagans PC
21 N.I 4th St.
Geneva, IL 60134-2122

KTGY Group, Inc.
343 W. Erie St., Suite 220
Chicago, IL 60654

LD Acquisition Company 12
LLC
2141 Rosecrans Ave.
El Segundo, CA 90245-4747

Landmark Dividend LLC
2141 Rosecrans Ave.
El Segundo, CA 90245-4821

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203-2670

Legum & Norman Midwest, LLC
343 W. Erie St., Suite 330
Chicago, IL 60654

Lynn Bob
12831 Barkley St., #106
Overland Park, KS 66209

Marc Realty, LLC
17 N. State St., #990
Chicago, IL 60602

Mickeys Linen
4601 W. Addison St.
Chicago, IL 60641

Mondrus Family Trust
c/o Michael Mondrus
4841 N. Rock Canyon Rd.
Tuscon, AZ 85750

David Mondrus
410 W. Wisconsin St., Apt. D
Chicago, IL 60614

Chuck Mondrus
8809 Enfield Ave.
Northridge, CA 91325

MKTG, Inc.
343 W. Erie St., Suite 520
Chicago, IL 60654

NOCO LLC dBA UFC Gym
343 W. Erie St., Suite LL1
Chicago, IL 60654

Rialto Capital Advisors, LLC, as
Special Servicer for CMBS Trust
790 NW 107th Ave., #400
Miami, FL 33172

Russell Hillcrest LLC
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Sandy and Michael Don
4071 N. Circulo Manzanillo
Tuxcon, AZ 85750

Sullivan Roofing
60 E. State Parkway
Schaumburg, IL 60173

Swidler Spanola and Company,
LLC
343 W. Erie St., Suite 510
Chicago, IL 60654

T&D Electrical
4001 W. Devon Ave., #324
Chicago, IL 60646

UX Factory, LLC
343 W. Erie St., Suite 500
Chicago, IL 60654

VIA Technik, LLC
343 W. Erie St., Suite 410
Chicago, IL 60654

York Solutions LLC
343 W. Erie St., Suite 325
Chicago, IL 60654

747 Investors, LLC
c/o Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

Adam Weinberg
1344 St. Vincents Dr.
Lemont, IL 60439

Adaptly, Inc.
747 N. LaSalle, #500
Chicago, IL 60654

Aldan Finn Construction Service
654 W. Briar Pl.
Chicago, IL 60657

Anderson Elevator
2801 S. 19th Ave.
Broadview, IL 60155

Arsova, LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Atcha, D.D.S. P.C.
747 N. LaSalle, Suite Main N
Chicago, IL 60654

boberdoo.com LLC
747 N. LaSalle, #210
Chicago, IL 60654

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Colliers Bennett & Kahnweiler
LLC
6250 N. River Road, #11-100
Rosemont, IL 60018

Cushman & Wakefield
200 S. Wacker Dr., #2800
Chicago, IL 60606

Dave Howlett
43 Castleton Rd.
Valparaiso, IN 46385

Dr. Abad Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

EIS Elevator Inspection
Services
745 McClintock Dr., #235
Willowbrook, IL 60527

EIS Elevator Inspection
Services
745 McClintock Dr., #235
Willowbrook, IL 60527

747 N. LaSalle, #200
Chicago, IL 60654

Fields Janitorial Services Inc.
203 N. LaSalle, #2100
Chicago, IL 60601

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Greenstone Partners
30 E. Adams, #300
Chicago, IL 60603

Gussis Lichtenfeld & Alexander
LLC
6200 N. Hiawatha, #400
Chicago, IL 60646

Hal Reisenfeld
5701 Magnolia Rd., Lot 131
Mayville, NY 14757

Hudson Energy
PO Box 142109
Irving, TX 75014

Inkling Incorporated
747 N. LaSalle, #220
Chicago, IL 60654

Jeremy Nye
4442 N. Hazel St., #1
Chicago, IL 60640

Joshua and Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Khaja Gulam Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

Massage Therapy Centers of
America
747 N. LaSalle, #300
Chicago, IL 60654

Mehnaz Habib
14731 Thornhill Terrace Dr.
Chesterfield, MO 63017

Michael Gulland
928 15th Street
Wilmette, IL 60091

People's Gas Light & Coke Co.
200 E. Randolph St.
Chicago, IL 60601

Railia & Associates, P.C.
747 N. LaSalle, #700
Chicago, IL 60654

Steven C. Popuch and
Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Steven Silvers
c/o Rick Silvers as Executor of Estate
31373 Bonneville Loop
Bend, OR 97702

Waste Management of Illinois
PO Box 4648
Carol Stream, IL 60197

Anderson Elevator
2801 S. 19th Ave.
Broadview, IL 60155

City of Chicago
Dept. of Revenue - Utility Billing
P.O. Box 6330
Chicago, IL 60680-6330

City of Chicago
Payment Plan #1158
333 S. State St., Ste. 300
Chicago, IL 60604

City of Chicago - Parking Taxes
333 S. State St., Ste. 300
Chicago, IL 60604

Cook County - Parking Taxes
25394 Network Place
Chicago, IL 60673

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Prince David Amponsah
2048 Cummings Lane
Flossmoor, IL 60422

Rialto Capital Advisors
790 NW 107th Ave, #400
Miami, FL 33172

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Teamsters Local Union 727
Benefit Funds
1300 W. Higgins Rd., #103
Park Ridge, IL 60068

Teamsters Loc. Union No. #727
Health and Welfare Fund
Jeffrey H. Bergman Mandell Menkes LLC
1 N. Franklin St., #3600
Chicago, IL 60606-3493

Teamsters Loc. Union No. #727
Legal and Educ. Asst. Fund
Jeffrey H. Bergman Mandell Menkes LLC
1 N. Franklin St., #3600
Chicago, IL 60606-3493

Teamsters Loc. Union No. #727
Pension Fund
Jeffrey H. Bergman Mandell Menkes LLC
1 N. Franklin St., #3600
Chicago, IL 60606-3493

Atlas Restoration
11441 Melrose Ave,
Franklin Park, IL 60131

Atalaya Capital Management
780 Third Ave., 27th Floor
New York, NY 10017-2176

Bixby Bridge Capital
555 Skokie Blvd., #555
Northbrook, IL 60062-2854

Brown, Udell, Pomerantz &
Delrahim
225 W. Illinois St., #300
Chicago, IL 60654

Draper & Kramer
55 E. Monroe, #3900
Chicago, IL 60603-5403

Elan Realty Group Inc.
4040 N. Lincoln Ave.
Chicago, IL 60618

Fifth Third Bank
222 S. Riverside Plaza, 29th
Floor
Chicago, IL 60606-6201

HFF
181 W. Madison, #3900
Chicago, IL 60602-4639

JMB Financial Advisors, LLC
900 N. Michigan Ave., #1400
Chicago, IL 60611

Millenium Properties R/E
Attn: Daniel J. Hyman
205 W Wacker Dr., #1750
Chicago, IL 60606

Plante Moran
10 S. RIverside Plaza, 10th
Floor
Chicago, IL 60606

Republic Bank of Chicago
2221 Camden Ct.
Oak Brook, IL 60523-4516

Riteway Pest Control
747 Church Road, Suite C6
Elmhurst, IL 60126

Springer Property Services
PO Box 47632
Chicago, IL 60647-7212

Trevian Capital
757 Third Ave., #2030
New York, NY 10017-2013

Brostchul Potts LLC
Lakeshore Properties, LLC
Attn: Scott A. Schaefers
30 N. LaSalle St., #1402
Chicago, IL 60602

Direct Energy Business
PO Box 70220
Philadelphia, PA 19176

DMK Burger Bar - Prepaid Rent
1011 W. Wellington, Suite 220
Chicago, IL 60657

Dr. Rakovsky
1011 W. Wellington, Suite 210
Chicago, IL 60657

Fuchs & Roselli
440 W. Randolph St, #500
Chicago, IL 60606

House of Glass
424 N. York Road
Elmhurst, IL 60126

McKeown & Bonzak
1011 W. Wellington, Suite 220
Chicago, IL 60657

Amanda Eisel
42 Bradford St.
Boston, MA 02118

John Eisel
641 W. Willow #137
Chicago, IL 60614

Arthur Holmer
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Boardwalk Capital Holdings -
3/24/17 Note
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Erie Street Investors, LLC
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

John Eisel
622 W. Oakdale, Suite 3
Chicago, IL 60657

LaSalle Investors
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Robert Berman Real Estate LP
3312 W. Peterson
Chicago, IL 60659

Sheffield Avenue Investors
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Wells Street Companies
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Wells Street Management
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

WSC Parking Fund I
1307 N. Clybourn
Chicago, IL 60610

Adam and Melissa Berman
3312 W. Peterson
Chicago, IL 60659

Boardwalk Companies LLC -
Series G
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

City of Chicago Water Dept.
PO Box 6330
Chicago, IL 60680

Rialto Capital Advisors
790 NW 107th Ave., #400
Miami, FL 33172

Wells Street Equities
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

AFG Real Estate Opportunities Fund
Stone Quarry Crossing
811 Camp Horne Rd.
Pittsburg, PA 13527

City of Chicago
c/o David Paul Holtkamp
121 N. LaSalle St., #400
Chicago, IL 60602-1264

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

SalibaCo
135 S. LaSalle, Suite 3914
Chicago, IL 60603

George Street Investors
1307 N. Clybourn Ave, Suite A
Chicago, IL 60610-1263

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )      Case No. 17-10554
Erie Street Investors, LLC, *et al.*            )      Chapter 11
                                                )      Judge Thorne
        debtor/debtor-in-possession.            )      (Jointly Administered)

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, SIMON, CLAR & DAN, Debtors' Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtors</u>

Date of Order
Authorizing Employment:   <u>May 24, 2017</u>

Period for Which Compensation
is Sought:   From: <u>April 3, 2017</u>   through <u>October 26, 2017</u>

Amount of Fees Sought: <u>$245,492.50</u>

Amount of Expense
Reimbursement Sought:   <u>$20,729.22</u>

This is a(n):  Interim Application ___   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $114,908.50 (retainer) to be credited against final allowance.

Date: <u>November 28, 2017</u>          Applicant:      Scott R. Clar and the firm
                                                         <u>Crane, Simon, Clar & Dan</u>

                                                 By: <u>/s/Scott R. Clar</u>
                                                         Debtors' Counsel

-1-

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-10554 |
| Erie Street Investors, LLC, *et al.* | ) Chapter 11 |
| | ) Judge Thorne |
| debtor/debtor-in-possession. | ) (Jointly Administered) |

**NOTICE OF HEARING ON MOTION FOR ALLOWANCE AND
PAYMENT OF FIRST AND FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on November 29, 2017, Crane, Simon,  Clar & Dan, Debtors' counsel, filed a Motion for First and Final Allowance and Payment of Compensation and Reimbursement of Expenses for the (the "Motion"), thereby requesting the sum of $245,492.50 for legal services rendered to the Debtors for the period commencing April 3, 2017 through and including October 26, 2017, plus costs advanced for the same period in the sum of $20,729.22.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **14th day of December, 2017**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Simon, Clar & Dan, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, together with objections timely filed, if any, will be held before the Honorable Deborah L. Thorne, Bankruptcy Judge, Courtroom No. 613, 219 South Dearborn Street, Chicago, Illinois, on the **21st day of December, 2017**, at the hour of **9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: November 28, 2017

**DEBTORS' COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Erie St. Inv LLC\Fee.NOH.wpd

-1-

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 17-10554 |
| | ) | Chapter 11 |
| Erie Street Investors, LLC, *et al.* | ) | Judge Thorne |
| | ) | (Jointly Administered) |
| debtors. | ) | |

## MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR, AS DEBTOR'S COUNSEL FOR FIRST AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW COMES SCOTT R. CLAR and the law firm of Crane, Simon, Clar & Dan ("CSCD"), counsel for Erie Street Investors, LLC, an Illinois limited liability company ("Erie"), LaSalle Investors, LLC ("LaSalle"), WSC Parking Fund I ("WSC"), George Street Investors, LLC ("George"), Sheffield Avenue Investors, LLC ("Sheffield") (collectively, the "Debtors"), and for its motion pursuant to §§ 330 and 331 of the Bankruptcy Code For First and Final Allowance and Payment of Compensation and Reimbursement of Expenses (the "Motion"), respectfully state as follows:[1]

## Introduction

1.      On April 3, 2017, the Erie, LaSalle and WSC debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Erie Petition Date") and operated their respective businesses and managed their respective financial affairs as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108, until May 16, 2017, when Frances F. Gecker was appointed Chapter 11 Trustee for the Erie, LaSalle and WSC debtors ("Trustee").

---

[1] Three (3) combined plans of reorganization and disclosure statements, based upon refinancing of the Properties by R^2 and Pangea Mortgage Capital ("Plans"), were filed by the Debtors pursuant to 11 U.S.C. Section 1121(c)(1) of the Bankruptcy Code. The final Plan was scheduled to be heard on confirmation on October 11 and 12, 2017. The Plan purported to pay all creditors and members in full on account of their claims and interests, and provided a road map of distributions to creditors and the background of the Debtors.

2.      On April 5, 2017, George and Sheffield filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "George Petition Date"), and operated their respective businesses and managed their respective financial affairs as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108, until May 16, 2017, when the Trustee was appointed for the George and Sheffield cases.[2]

3.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. Sections 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. Sections 1408 and 1409.  This matter is a "core" proceeding pursuant to 28 U.S.C. Section 157(b).

4.      The statutory predicate for the relief requested in this Motion is § 330 of the Bankruptcy Code.

**Relevant Factual Background**

5.      Erie is an Illinois limited liability company that is the owner of certain commercial real property located at 343 W. Erie St., Chicago, Illinois, consisting of 82,000 square feet of office space which is approximately 89% leased, and has a fair market value of between $20 million and $23 million (the "Erie Property").

6.      LaSalle is an Illinois limited liability company that is the owner of certain commercial real property located at 747 N. LaSalle St., Chicago, Illinois consisting of 46,000 square feet of office space which is approximately 75% leased, and has a fair market value of between $9 million and $12 million (the "LaSalle Property").

7.      WSC is an Illinois limited liability company that is the owner of certain commercial real property located at 600 S. Clark St., Chicago, Illinois consisting of a

---

[2] Despite the appointment of the Trustee, the Debtors were authorized to pursue a plan of reorganization, based upon refinancing of the Properties, as defined below, and in accord with 11 U.S.C. Section 1121(c)(1).  The Debtors subsequently filed three (3) combined plans. The Debtors' Chapter 11 cases, as noted, are jointly administered.  For purposes of seeking first and final compensation, CSCD has filed a single motion, but has attached time entries for all five (5) of the Debtors.  In keeping time, CSCD generally split equally each time entry among the cases unless time was spent for a particular Debtor.

parking garage, and has a fair market value of approximately $6 million (the "WSC Property").

8.      George is an Illinois limited liability company that is the owner of certain real property located at 2852 - 56 N. Southport, Chicago, Illinois, and 1411 W. George Street, Chicago, Illinois, consisting of eight residential apartments and ground floor retail (the "George Property"). Prior to the Receiver managing the George Property, the George Property was 100% leased. The Debtors believe three (3) of the apartments may be vacant. The George Property has a fair market value of between $5.6 million and $6 million.

9.      Sheffield is an Illinois limited liability company that is the owner of certain commercial real property located at 2954 N. Sheffield, Chicago, Illinois consisting of 12,300 square feet of office and retail space which is approximately 100% leased, and has a fair market value of approximately $4.8 million (the "Sheffield Property") (the Erie, LaSalle, WSC, George and Sheffield Properties shall hereby be collectively referred to as the "Properties").

10.      Ultimately, the Trustee pursued a sale of the Properties and, upon information and belief, did not receive any "qualifying bids" as that term is defined by the Bidding Procedures approved by this Court. As a result, the Properties will likely be sold to Stonebridge Real Estate Co. LC for $41 million.

**Retention of CSCD**

11.      On May 24, 2017, this Court entered an Order authorizing the Debtors to employ Crane, Heyman, Simon, Welch & Clar ("CHSWC"), CSCD's predecessor, as bankruptcy counsel. CSCD received the following pre-petition retainers: Erie - $23,626.50; LaSalle - $24,371.00; WSC - $24,422.00; George - $21,888.00; and Sheffield - $20,602.00 (the "Pre-Petition Retainers")($114,908.50 total).

**Relief Requested and Status of Chapter 11 Case**

12.    By this Motion, CSCD requests an allowance of final compensation and reimbursement of expenses in the amounts of $245,492.50 and $20,729.22, respectively, for the period commencing April 3, 2017 through and including October 26, 2017 for Erie, LaSalle and WSC and April 5, 2017 through and including October 26, 2017 for George and LaSalle, and a direction to the Trustee to pay fees and expenses allowed in excess of the Pre-Petition Retainers.

13.    CSCD's efforts greatly benefitted the estates of the Debtors by objecting to the claims of Rialto and the City of Chicago, and laying the groundwork for the Trustee to object to those claims, or to resolve them, which is exactly what happened.  The Trustee did not object to the claims of Rialto or the City of Chicago, but did seek and was granted authority to settle the Rialto's claims for in excess of $5 million less than the filed claims. The basis of the compromise can be clearly seen in the reductions of the secured claims reflected in the compromise approved by this Court.

14.    CSCD's efforts also aided the Debtor's estates by objecting to the claim of the Chicago of Chicago in the WSC case, resulting in the Trustee's compromise of the City of Chicago's claim in an amount approximately $400,000 less than the City's filed claim.

15.    Time spent in the Debtors' Chapter 11 cases has been in connection with the categories described herein.

## CSCD BIOGRAPHICAL INFORMATION

16.    CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters.  The firm is comprised of nine (9) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration.  The following is certain biographical information pertaining to Scott R. Clar and Arthur Simon, the partners of the law firm who have rendered the majority of the services in the Debtors' Chapter 11 cases.

-4-

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Simon, Clar & Dan, successor to Crane, Heyman, Simon, Welch & Clar ("CHSWC") and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtors in these cases. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC and CSCD, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees, individual creditors, and omnibus and their pension funds. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization, and is licensed to practice in the Northern and Central Districts of Illinois, the Eastern District of Wisconsin, and the state courts of Illinois. Mr. Clar has been names "Leading Lawyer" in the field of Bankruptcy and Workout Law: Commercial by the *Illinois Leading Lawyers* publication.

## ARTHUR G. SIMON

Arthur G. Simon is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been practicing law since 1979 when he graduated from Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Court of Appeals for the Third and Seventh Circuits, and in the United States District Courts for the Northern and Central Districts of Illinois, the

Eastern District of Wisconsin and the Northern District of Indiana. Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association. Mr. Simon has been recognized as a "Super Lawyer" in the field of Business Bankruptcy by *Illinois Super Lawyers* magazine. He has also been named as a "Leading Lawyer" in the field of Bankruptcy and Workout Law: Commercial by the *Illinois Leading Lawyers* publication.

17. The hourly rates charged by CSCD for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2017 Rate |
|---|---|
| Eugene Crane ("EC") | $510.00 |
| Arthur G. Simon("AGS") | $510.00 |
| Scott R. Clar ("SRC") | $510.00 |
| Jeffrey C. Dan ("JCD") | $445.00 |
| Brian P. Welch ("BPW") | $325.00 |
| John H. Redfield ("JHR") (Of Counsel) | $400.00 |

These hourly rates are the customary and usual rates which CSCD charges clients on matters of this nature.

18. The total time expended by CSCD attorneys in connection with this Chapter 11 case during the period commencing April 3, 2017 through and including October 26, 2017 is as follows:

-6-

| Attorney | 2017 Hours | Amount |
|----------|-----------|--------|
| Arthur G. Simon ("AGS") | 40.1 | $ 20,451.00 |
| Scott R. Clar ("SRC") | 428.2 | 218,382.00 |
| Jeffrey C. Dan ("JDC") | 1.6 | 712.00 |
| Brian P. Welch l("BPW") | 18.3 | 5,947.50 |
| **Total** | **488.2** | **$245,492.50** |

## LEGAL SERVICES RENDERED

19.    The legal services rendered by CSCD, as more fully described in Exhibits A

through E, have been divided into the following categories:

### A.    Administrative Matters

CSCD expended time in connection with the preparation of schedules and statements of financial affairs for each Debtor. CSCD prepared for and attended three (3) meetings of creditors pursuant to 11 U.S.C. §341 and also attended an Initial Debtor Interview with the Office of the United States Trustee.  Time was also expended in the filing of motions to employ special counsel and other administrative matters.

Total Time Expended:    **66.95 hours**

| Attorney | 2017 Hours | Amount |
|----------|-----------|--------|
| Scott R. Clar ("SRC") | 64.95 | $33,124.50 |
| Brian P.  Welch ("BPW") | 2.0 | 650.00 |
| **Total** | **66.95** | **$33,774.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

### B.    Cash Collateral, Objection to Claims and Other Matters Concerning Secured Lender

Legal services in this category relate to matters concerning the secured claims of Rialto.  Time was spent in connection with negotiating cash collateral orders, analyzing loan documents, negotiations with Rialto, review, analysis and objection to Rialto's proofs of claim resulting in the aforementioned $5 million reduction of the claims, and other issues pertaining to Rialto's secured claims.

-7-

Total Time Expended:      **113.4 hours**

| Attorney | 2017 Hours | Amount |
|----------|-----------|--------|
| Arthur G. Simon ("AGS") | 15.5 | $  7,905.00 |
| Scott R. Clar ("SRC") | 92.3 | 47,073.00 |
| Jeffrey C. Dan ("JCD") | .6 | 267.00 |
| Brian P.  Welch ("BPW") | 5.0 | 1,625.00 |
| **Total** | **113.4** | **$56,870.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.      **Leasing Issues**

Time was spent by CSCD with respect to issues concerning leasing of the Erie and LaSalle properties prior to and immediately after the appointment of the Trustee.

Total Time Expended:      **8.75 hours**

| Attorney | 2017 Hours | Amount |
|----------|-----------|--------|
| Scott R. Clar ("SRC") | 8.75 | $4,462.50 |
| **Total** | **8.75** | **$4,462.50** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.      **Motion to Appoint Trustee**

The legal services rendered in this category relate to the motion filed by Rialto to appoint a trustee and also providing information to the Trustee after her appointment.

Total Time Expended:      **31.45 hours**

| Attorney | 2017 Hours | Amount |
|----------|-----------|--------|
| Scott R. Clar ("SRC") | 31.45 | $16,039.50 |
| **Total** | **31.45** | **$16,039.50** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

-8-

E.    **Alternative Financing**

Legal services in this category relate to matters concerning the Debtors' attempts to procure refinancing to pay all creditors and members in full on account of their claims and interests.

Total Time Expended:    **52.65 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 1.4 | $   714.00 |
| Scott R. Clar ("SRC") | 51.25 | 26,137.50 |
| **Total** | **52.65** | **$26,851.50** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F    **Plan Issues**

Legal services in this category relate to matters concerning the Combined First, Second and Third Plans of Reorganization and Disclosure Statement, including drafting and court appearances regarding scheduling of confirmation and responses to objections to the Plan.

Total Time Expended:    **117.25 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 20.7 | $10,557.00 |
| Scott R. Clar ("SRC") | 89.25 | 45,517.50 |
| Jeffrey C. Dan ("JCD") | 1.0 | 445.00 |
| Brian P. Welch ("BPW") | 6.3 | 2,047.50 |
| **Total** | **117.25** | **$58,567.00** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

G    **Discovery**

Services provided in this category relate to discovery propounded to and received from Rialto, the Trustee and counsel for the Equity Committee in connection with confirmation of the Plan and the appointment of a trustee.

Total Time Expended:    **27.05 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 27.05 | $13,795.50 |
| **Total** | **27.05** | **$13,795.50** |

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

H.    **Sale of Properties**[3]

CSCD expended time in connection with communications with potential purchasers and the Trustee's sale of the Properties.

Total Time Expended:    **15.7 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 11.1 | $5,661.00 |
| Brian P. Welch ("BPW") | 4.6 | 1,495.00 |
| **Total** | **15.7** | **$7,156.00** |

Attached to this Motion as Exhibit "H" is an itemization of the legal services rendered in this category.

I    **Member Issues**

Services provided in this category relate to issues concerning the Debtors' members, the Equity Committee and their treatment under the Plan and likely distributions in the event of a sale of the Properties.

Total Time Expended:    **24.15 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 2.5 | $ 1,275.00 |
| Scott R. Clar ("SRC") | 21.25 | 10,837.50 |
| Brian P. Welch ("BPW") | .4 | 130.00 |
| **Total** | **24.15** | **$12,242.50** |

---

[3] In recognition of the Debtor's right to file a plan despite the appointment of the Trustee, the Court allowed the Debtors' Chapter 11 cases to proceed on "two (2) tracks" i.e., the Plan and the sale of the Properties.

-10-

Attached to this Motion as Exhibit "I" is an itemization of the legal services rendered in this category.

J.   **Preparation of Motion for First and Final Compensation**

CSCD expended time preparing and filing this Motion.

Total Time Expended:   **12.8 hours**

| Attorney | 2017 Hours | Amount |
|----------|------------|--------|
| Scott R. Clar ("SRC") | 12.8 | $6,528.00 |
| **Total** | **12.8** | **$6,528.00** |

Attached to this Motion as Exhibit "J" is an itemization of the legal services rendered in this category.

K.   **City of Chicago Claim (WSC Only)**

CSCD expended time in connection with the claim of the City of Chicago, including an objection to the proof of claim filed by the City of Chicago, thereby providing a basis for the Trustee to compromise the claim.

Total Time Expended:   **9.15 hours**

| Attorney | 2017 Hours | Amount |
|----------|------------|--------|
| Scott R. Clar ("SRC") | 9.15 | $4,666.50 |
| **Total** | **9.15** | **$4,666.50** |

Attached to this Motion as Exhibit "K" is an itemization of the legal services rendered in this category.

L.   **Union Issues (WSC Only)**

CSCD expended time in connection with the claims of the Teamsters on the WSC case, including calls to and from Jeffrey Bergman, counsel for the Teamsters.

Total Time Expended:   **1.1 hours**

| Attorney | 2017 Hours | Amount |
|----------|------------|--------|
| Scott R. Clar ("SRC") | 1.1 | $561.00 |
| **Total** | **1.1** | **$561.00** |

-11-

Attached to this Motion as Exhibit "L" is an itemization of the legal services rendered in this category.

M. **Receiver Issues (Sheffield and George Only)**

CSCD expended time in connection with issues concerning Millennium Properties, the state court receiver for the George and Sheffield Debtors, including analysis of the Receiver's monthly reports and obtaining information from the Receiver for the George and Sheffield Debtors' bankruptcy schedules and statement of financial affairs.

Total Time Expended:  **7.8 hours**

| Attorney | 2017 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 7.8 | $3,978.00 |
| **Total** | **7.8** | **$3,978.00** |

Attached to this Motion as Exhibit "M" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

20.    During the course of the representation of the Debtors, CSCD has incurred necessary expenses for which reimbursement is sought.  The total amount of these expenses for the period commencing April 3, 2017 through and including October 26, 2017 is $20,729.22.  Attached to this motion as **Group Exhibit N** is an itemization of the expenses incurred.

## CONCLUSION

21.    Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.  No promises concerning compensation have been made to CSCD by any person, firm or entity.

22.    CSCD asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based

upon the time, nature, extent and value of such legal services.  CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtors is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

23.    CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors under the circumstances of these Chapter 11 cases..

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Simon, Clar & Dan, counsel for the Debtors, prays for the entry of an order pursuant to Sections 330 and 331 of the Bankruptcy Code, as follows:

a)    Allowing final compensation and reimbursement of expenses to CSCD in the amounts of $245,492.50 and $20,729.22, respectively for services provided and expenses incurred from the period commencing April 3, 2017 through and including October 26, 2017 for Erie, LaSalle and WSC and April 5, 2017 through and including October 26, 2017 for George and Sheffield;

b)    Authorizing and directing payment by the Trustee to CSCD of the sum of $151,313.22, representing unpaid fees and expenses in excess of the Retainer; and

c)    Granting such other relief as may be just and equitable.

Erie Street Investors, LLC, LaSalle Investors, LLC, WSC Parking Fund I, George Street Investors, LLC and Sheffield Avenue Investors, LLC

By: /s/Scott R. Clar_____
        One of Their Attorneys

**DEBTORS' COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Jeffrey C. Dan
(Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Erie St. Inv LLC\Pay CHSWC.mot and NOM - rev.wpd