# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 17-10554 |
| ERIE STREET INVESTORS, LLC, *et al.*[1], | ) | (Jointly Administered) |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | **Hearing Date:   January 9, 2018** |
| | ) | **Hearing Time:   10:00 a.m.** |
| | ) | **Courtroom:        613** |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 9, 2018**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in Courtroom No. 613 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **Trustee's Motion for Entry of Agreed Order Reducing and Allowing Final Compensation and Expense Reimbursement of Crane, Simon, Clar & Dan**, a copy of which is attached hereto and hereby served upon you.

Dated: January 4, 2018           Frances Gecker, solely as Chapter 11 Trustee of
                                 Erie Street Investors, LLC and its affiliated Debtors

                                 By:   /s/ *Micah R. Krohn*
                                       One of her attorneys

Micah R. Krohn (6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*[1], | ) | Case No. 17-10554 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hon. Deborah L. Thorne |

**TRUSTEE'S MOTION FOR ENTRY OF AGREED ORDER
REDUCING AND ALLOWING FINAL COMPENSATION AND
EXPENSE REIMBURSEMENT OF CRANE, SIMON, CLAR & DAN**

Frances Gecker, not individually but as the Chapter 11 trustee (the "Trustee") of the bankruptcy estates of Erie Street Investors, LLC and its affiliated debtors (collectively, the "Debtors"), by her attorneys, pursuant to 11 U.S.C. §§ 330(a)(1) and (2), respectfully requests the entry of the Agreed Order attached hereto (the "Agreed Order"), reducing and allowing final compensation and expense reimbursement of Crane, Simon, Clar & Dan ("CSCD") for services rendered and costs incurred on behalf of the Debtors for the period April 3, 2017 through October 26, 2017. In support of this motion (the "Motion"), the Trustee states as follows:

**BACKGROUND**

1. On April 3, 2017 (the "Petition Date" as to Erie Street Investors, LLC, LaSalle Investors, LLC and WSC Parking Fund I) filed voluntary Chapter 11 petitions in the Court. On April 5, 2017 (the "Petition Date" as to George Street Investors, LLC and Sheffield Avenue Investors, LLC) filed voluntary Chapter 11 petitions in this court (the "Court").

2. On April 27, 2017, the Court entered an Order directing the joint administration of the Debtors' bankruptcy cases (the "Cases").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

3. On May 16, 2017, the Court entered an order approving the appointment of Frances Gecker as Chapter 11 trustee for the Debtors.

4. On May 24, 2017, the Court entered an order authorizing the employment of CSCD as Debtors' counsel retroactive to April 3, 2017.

5. Prior to the Petition Date, CSCD receive retainers for services to be rendered to the Debtors totaling $114,908.50 (collectively, the "Retainer").

6. On November 29, 2017, CSCD filed its Motion for First and Final Allowance and Payment of Compensation and Reimbursement of Expenses (the "Application"). In the Application, CSCD seeks compensation for services rendered on behalf of the Debtors totaling $245,492.50, and reimbursement of expenses incurred in connection with services rendered on behalf of the Debtors totaling $20,729.22.

7. The Trustee has reviewed the Application and believes that CSCD's legal services to the Debtors provided an identifiably tangible and material benefit to the estate, as follows:

| **Application Section** | | **Agreed Amount** |
|---|---|---|
| A. | Administrative Matters | $33,774.50 |
| B. | Cash Collateral | $56,870.00 |
| C. | Leasing Issues | $4,462.50 |
| D. | Motion to Appoint Trustee | $16,039.50 |
| J. | Preparation of Fee Application | $6,528.00 |
| M. | Receiver Issues | $3,978.00 |
| | | **$121,652.50** |

8. In addition, the Trustee believes that CSCD expended considerable time and effort filing and prosecuting multiple plans of reorganization, which efforts the Trustee believes were expended both in furtherance of the personal interests of Arthur Holmer and in an attempt to pay creditors. Subject to this Court's approval, the Trustee has agreed to the allowance and payment of 50% of the fees requested in connection with the following services:

| **Application Section** | | **Agreed Amount** |
|---|---|---|
| E. | Alternative Financing | $26,851.50 |
| F. | Plan Issues | $58,567.00 |
| G. | Discovery | <u>$13,795.00</u> |
| | | $99,213.50 |
| | Less 50% | <u>-49,606.75</u> |
| | | **$49,606.75** |

9. Accordingly, subject to this Court's approval, the Trustee has agreed that CSCD be allowed final compensation in the amount of $171,259.25 ($121,652.50 + $49,606.75), plus reimbursement of expenses totaling $20,729.22, yielding a payment to CSCD, after deduction of the amount of the Retainer, in the amount of $56,350.75 plus reimbursement of expenses totaling $20,729.22.

## RELIEF REQUESTED

10. The Trustee respectfully requests the entry of the Agreed Order: (a) allowing CSCD final compensation in the amount of $171,259.25, plus reimbursement of expenses totaling $20,729.22, for services rendered and costs incurred on behalf of the Debtors for the period April 3, 2017 through October 26, 2017; and (b) authorizing the Trustee to make a payment to CSCD in the amount of $56,350.75 plus reimbursement of expenses totaling $20,729.22, from available funds, either upon substantive consolidation of the Debtors' cases, or in the absence of substantive consolidation, upon further order of Court approving an allocation of the amounts allowed herein among the Debtors' estates.

## BASIS FOR THE RELIEF REQUESTED

11. Courts in this district allow compensation to counsel to a debtor after appointment of a chapter 11 trustee only for services by debtor's counsel which provided an identifiably

tangible and material benefit to the estate. *See, e.g., In re Word of Faith Fellowship, Inc.*, 1997 WL 527852 at *6 (Bankr. N.D. Ill. 1997).

12. The Trustee has reviewed the Application and believes that CSCD provided an identifiably tangible and material benefit to the Debtors' estates as set forth above and in the Agreed Order.

13. The Trustee believes that the entry of the Agreed Order is fair and equitable and in the best interests of the estate, and will help facilitate the orderly administration of the estate.

**WHEREFORE**, Frances Gecker, solely as Chapter 11 trustee for Erie Street Investors, LLC and its affiliated debtors, respectfully requests that the Court enter the Agreed Order and grant such other relief as the Court deems just.

Dated:  January 4, 2018      Frances Gecker, solely as Chapter 11 Trustee of
                             Erie Street Investors, LLC and its affiliated Debtors

                             By:    /s/ *Micah R. Krohn*
                                    One of her attorneys


Frances Gecker (IL Bar No. 6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035

{ERIESTRE/001/00052407.DOCX/}      4

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on **January 4, 2018**, a true and correct copy of the **Trustee's Motion for Entry of Agreed Order Reducing and Allowing Final Compensation and Expense Reimbursement of Crane, Simon, Clar & Dan** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, copies were served via Federal Express overnight priority delivery upon those parties indicated on the attached Service List.

                                                */s/ Micah R. Krohn*

# Mailing Information for Case 17-10554

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jonathan E Aberman**    jaberman@dykema.com, docketCH@dykema.com
- **Jeffrey Bergman**    jbergman@mandellmenkes.com, ngagen@mandellmenkes.com; docket@mandellmenkes.com
- **Randall S Borek**    rborek@brotschulpotts.com
- **Scott R Clar**    sclar@craneheyman.com, mjoberhausen@craneheyman.com; asimon@craneheyman.com
- **Jeffrey C Dan**    jdan@craneheyman.com, gbalderas@craneheyman.com; dwelch@craneheyman.com; jmunoz@craneheyman.com
- **Denise A Delaurent**    USTPRegion11.es.ecf@usdoj.gov; Denise.DeLaurent@usdoj.gov; maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis**    mdiakoumakis@dykema.com, DocketCH@dykema.com; srichard@dykema.com
- **Frances Gecker**    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com; csmith@fgllp.com
- **Frances Gecker**    fgecker@fgllp.com, csmith@fgllp.com
- **Jay R Goldberg**    jgoldberg@fieldandgoldberg.com
- **Reed A Heiligman**    rheiligman@fgllp.com, ccarpenter@fgllp.com; mmatlock@fgllp.com
- **David Paul Holtkamp**    David.Holtkamp2@cityofchicago.org
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Lauren Newman**    lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
- **Richard C Perna**    rperna@frltd.com, lbobka@frltd.com
- **Nancy A Peterman**    petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
- **John R Potts**    ryan@brotschulpotts.com, solesch@brotschulpotts.com
- **David M Rownd**    drownd@thompsoncoburn.com
- **Ryan T Schultz**    rschultz@foxswibel.com, bkdocket@fslc.com
- **Mark Adam Silverman**    msilverman@dykema.com, CSurovic@dykema.com
- **William W Thorsness**    wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com
- **Edward S Weil**    eweil@dykema.com, hbarhorst@dykema.com
- **Barbara L Yong**    blyong@gct.law, mperez@gct.law, myproductionss@gmail.com, tstephenson@gct.law

**SERVICE LIST**

2956 North Sheffield Restaurant LLC
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

404 Wine Bar Co.
c/o Southport Enterprise
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

747 Investors LLC
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

801 E. Main St.
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

ACO PT-1, LLC
a/k/a Century 21 Affiliated
c/o Cheryl Fulop
Fulop Law, PC
589 Drexel Ave.
Glencoe, IL 60022

Adam Weinberg
c/o The Cosentino Law Firm
ATTN: Chris Cosentino
801 E. Main St.
St. Charles, IL 60174

Adaptly, Inc.
747 N. LaSalle, #3500
Chicago, IL 60654

Adeptia, Inc.
ATTN: Lou Ennuso
343 W. Erie St., Ste. 430
Chicago, IL 60654

Alchemy, LLC
c/o Lyle Zimmerman
13660 Ridge Road
Highland Park, IL 60035

Anderson Elevator
c/o Klye T. Dillon
McFadden & Dillon, P.C.
120 S. LaSalle St., #1335
Chicago, IL 60603

Arnstein & Lehr LLP
ATTN: Michelle G. Novick
161 N. Clark Street, Ste. 4200
Chicago, IL 60601-3316

Arsova LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Atcha, D.D.S. P.C.
747 N. LaSalle, Ste. Main N
Chicago, IL 60654

boberdoo.com LLC
ATTN: John Bradley
747 N. LaSalle, #210
Chicago, IL 60654

Breather Products US, Inc.
343 W. Erie Street, Ste. 310
Chicago, IL 60654

BrightSpeed Solutions, Inc.
343 W. Erie St., Ste. 200
Chicago, IL 60654

Brunch
c/o Onion Erie Enterprises, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Cerno Construction LLC
ATTN:  Jozo Vucic
5646 N. Central Ave.
Chicago, IL  60646

Chicago Medical Exchange
343 W. Erie St., Ste. 240
Chicago, IL  60654

City of Chicago
Dept. of Finance Utility Billing
ATTN:  Agnieszka Pikus
333 S. State St., Ste. 330
Chicago, IL 60604

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Cotton Candy Global Marketing, Inc.
343 W. Erie St., Ste. 450
Chicago, IL 60654

Dave Howlett
3435 W. Schubert Ave.
Chicago, IL 60647

Devbridge Group, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

DIAG Bar & Grill
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Direct Energy Business
ATTN:  Jonathan Love
1001 Liberty Ave., Fl. 13
Philadelphia, PA 15222

DMK Burger Bar
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

Doll in a Dash
343 W. Erie St., Ste. 100W
Chicago, IL 60654

Dr. David Rakofsky
1011 W. Wellington, Ste. 210
Chicago, IL 60657

Embassy Studio Corp.
ATTN:  Jennifer Ransford
747 N. LaSalle, #200
Chicago, IL 60654

EVGC, LLC
343 W. Erie St., Ste. 320
Chicago, IL 60654

Fish Bar
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

GamePlan Branding Group, Inc.
343 W. Erie St., Ste. 230
Chicago, IL 60654

George Alexakis
1615 W. Lexington Dr.
Arlington Heights, IL 60004

Grainne McKeown
1011 W. Wellington, Ste. 220
Chicago, IL  60657

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
ATTN: Samuel Allen Lichtenfeld
6200 N. Hiawatha, #400
Chicago, IL 60646

Hal Reisenfeld
P.O. Box 203
Novelty, OH 44072
(By Priority Express Mail)

Hal Reisenfeld
5701 Magnolia Rd., Lot 131
Mayville, NY 14757

Internal Revenue Service
ATTN: Jetaun Harper
233 East 84th Dr., 3rd Floor
Merrillville, IN 46410-6394

John Hayes/Steven Soeka
2856 N. Southport Ave., #3
Chicago, IL 60657

Joshua & Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Kevin and Sarah Donnelly
1411 W. George St., #2
Chicago, IL 60657

Khaja Gulam Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

KTGY Group, Inc.
ATTN: Terry Christopher
17911 Von Karman Ave., Ste. 200
Irvine, CA 92614

Legum & Norman Midwest, LLC
343 W. Erie St., Ste. 330
Chicago, IL 60654

Marc Realty, LLC
ATTN: Chris Jakubowski
17 N. State St., #990
Chicago, IL 60602

Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

Massage Therapy Centers of America
ATTN: Emmanuel Bistas
747 N. LaSalle, #300
Chicago, IL 60654

Matthew Hart/John Dillon
2856 N. Southport Ave., #2
Chicago, IL 60657

Melnaz Habib
1230 Walnut Hill Farm Drive
Chesterfield, MO 63005

Metro Fuel LLC/Outfront Media LLC
ATTN: Czarina Anif
2699 Lee Road, Ste. 230
Winter Park, FL 32789

MKTG, Inc.
343 W. Erie St., Ste. 520
Chicago, IL 60654

Nisar Family Trust
Abid & Rashda Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

NOCO LLC d/b/a UFC Gym
343 W. Erie St., Ste. LL1
Chicago, IL 60654

Phillip M. Palella, DDS
Modern Dental on Sheffield
1007 W. Wellington
Chicago, IL 60657

Project Outdoor LLC/City Outdoor Holdings
1332 Broadway, Ste. 506
New York, NY 10018

Raila & Associates, P.C.
ATTN: Paula Raila
747 N. LaSalle, #700
Chicago, IL 60654

Richard A. Silver
61373 Bonneville Loop
Bend, OR 97702

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Salibaco, LLC
Robert Saliba
135 S. LaSalle St., Ste. 3914
Chicago, IL 60603

Southport Enterprise Co.
c/o James L. Webster, Registered Agent
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Steven C. Popuch and Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Swidler Spanola and Company, LLC
ATTN: Stephen Swidler
343 W. Erie St., Ste. 510
Chicago, IL 60654

URO Partners, LLC
1011 W. Wellington, Ste. 200
Chicago, IL 60657

UX Factory, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

Vedder Price P.C.
ATTN: Michael R. Mulcahy Esq.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601

VIA Technik LLC/Vinesprout LLC
343 W. Erie Street, Ste. 410
Chicago, IL 60654

Victor Bernardi/Shruti Shah
2852 N. Southport, #2
Chicago, IL 60657

York Solutions LLC
343 W. Erie St., Ste. 325
Chicago, IL 60654