## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*, | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:  March 20, 2018** |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | **Courtroom:    613** |

### COVER SHEET FOR FIRST AND FINAL FEE APPLICATION OF FRANKGECKER, LLP, COUNSEL TO FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC AND ITS AFFILIATED CHAPTER 11 DEBTORS

Name of Applicant:                FrankGecker LLP

Authorized to Provide           Frances Gecker, solely as Chapter 11 Trustee of
Professional Services to:        Erie Street Investors LLC, *et al.*

Period for Which                   May 11, 2017 through January 31, 2018
Compensation is Sought:

Amount of Fees Sought:                    $519,712.50

Amount of Expense                          $18,580.90
Reimbursement Sought:

This is a:                            First and Final Fee Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $0.00.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*,[1] | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:  March 20, 2018** |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | **Courtroom:      613** |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **March 20, 2018**, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in Courtroom No. 613 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **First and Final Fee Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 11 Trustee of the Bankruptcy Estates of Erie Street Investors LLC and its Affiliated Chapter 11 Debtors**, a copy of which is attached hereto and hereby served upon you.

Dated:  February 14, 2018

Respectfully submitted,

FRANCES GECKER, SOLELY IN HER CAPACITY AS THE CHAPTER 11 TRUSTEE IN THE CHAPTER 11 CASES OF ERIE STREET INVESTORS, LLC AND ITS AFFILIATED CHAPTER 11 DEBTORS

By:   /s/    *Micah R. Krohn*
          One of her attorneys

Frances Gecker (IL Bar No. 6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:      (312) 276-1400
Facsimile:      (312) 276-0035

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

{ERIESTRE/001/00052016.DOCX/}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ERIE STREET INVESTORS, LLC, [1] | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |

### FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP, COUNSEL TO FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC AND ITS AFFILIATED CHAPTER 11 DEBTORS

FrankGecker, LLP ("FG"), counsel to Frances Gecker, solely as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Erie Investors, LLC, LaSalle Street Investors, LLC, WSC Parking Fund I, LLC, George Street Investors, LLC, and Sheffield Avenue Investors, LLC (collectively, the "Debtors"), hereby submits this first and final fee application for the bankruptcy case of Erie Street Investors, LLC, Case No. 17-10554 (the "Application") for compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 507(a)(1) for legal services performed and expenses incurred as the Trustee's attorneys during the period commencing May 11, 2017 through and including February 1, 2018 (the "Application Period"). In support hereof, FG respectfully represents as follows:

### BACKGROUND

1.     On April 3, 2017, Erie Street Investors, LLC, LaSalle Investors, LLC and WSC Parking Fund I filed voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

Northern District of Illinois (the "Court").  On April 5, 2017, George Street Investors, LLC and

Sheffield Avenue Investors, LLC filed voluntary petitions for relief under the Bankruptcy Code

in the Court.

2.    On April 27, 2017, this Court entered an Order directing the joint administration,

for procedural purposes only, of the Debtors' bankruptcy cases [Dkt. No. 45].  On May 16, 2017,

the Court entered an order approving the appointment of Frances Gecker as chapter 11 trustee for

the Debtors. [Dkt. No. 94].  On May 16, 2017, this Court entered an order approving the

appointment of FG as counsel for the Trustee [Dkt. No. 93].

3.    As of the Petition Date, the Debtors owned certain real property and

improvements located at the following addresses (collectively, the "Real Property"):

| DEBTOR | REAL PROPERTY |
| --- | --- |
| Erie Street Investors, LLC | 343 W Erie St, Chicago, Il 60654 |
| LaSalle Investors, LLC | 747 N LaSalle Dr, Chicago, Il 60654 |
| WSC Parking Fund I | 600 S Clark St, Chicago, Il 60605 |
| George Street Investors, LLC | 2852-56 N Southport Ave, Chicago, Il 60657; 1411 W George St, Chicago, IL 60657 |
| Sheffield Avenue Investors, LLC | 2954 Sheffield Ave, Chicago, Il 60657 |

4.    The Properties were encumbered by certain mortgages and related loan

documents that, as of the Petition Date, were held by Deutsche Bank Trust Company Americas,

as (a) Trustee for the Registered Holders of UBS-Citigroup Commercial Mortgage Trust 2011-

C1, Commercial Mortgage Pass-Through Certificates, Series 2011-C1, and as (b) Trustee for the

Registered Holders of UBS-Citigroup Commercial Mortgage Trust 2011-C1, Commercial

Mortgage Pass-Through Certificates, Series 2012-C1 (collectively with Rialto Capital Advisors, LLC, as Special Servicer, the "Secured Lenders").

### The Debtors' Plan of Reorganization

5.    After the appointment of the Trustee, the Debtors filed a plan of reorganization pursuant to which the Debtors would re-finance the Properties, pay the unsecured creditors and make a distribution to equity holders pursuant to agreements with each equity holder, other than the holders of equity interests related to Arthur Holmer, the Debtors' principal, who agreed not to receive any cash distribution arising from loans or investments in the Properties (the "Plan").

6.    The Debtors amended the Plan several times and the Trustee's counsel filed numerous objections to the Plan.

7.    Ultimately, the Debtors were unable to obtain financing and withdrew the Plan.

### The Secured Lenders' Claim

8.    On August 2, 2017, the Debtors filed an objection to the claim of the Secured Lenders. The Trustee and the Secured Lenders subsequently agreed to compromise the Secured Lenders' claims at $34,285,067.83, including a $1.3 million cap on the secured portion of the Secured Lenders' claim for attorneys' fees (the "Secured Lenders Compromise"). In addition, pursuant to the Secured Lenders Compromise, to the extent that the Secured Lenders' allowed fees and expenses exceed $1.3 million, the balance of the Secured Lenders' allowed attorneys' fees and expenses are to be treated as a general unsecured claim, with the Trustee reserving all rights with respect thereto.

9.    On September 5, 2017, the Court entered an order approving the Trustee's settlement with the Secured Lenders over the objections of the Debtors and certain entities owned or controlled by Arthur Holmer (collectively, "Holmer" and the "Holmer Parties"), (the

"Secured Lenders Compromise Order"). The Debtors filed a Motion to Amend or Alter Judgment, which the Court denied on September 12, 2017.

10.    On September 26, 2017, the Holmer Parties appealed the Secured Lenders Compromise Order and the order denying the motion to alter or amend without seeking a stay pending appeal, which appeal remains pending in the District Court.

### Trustee's Sale of the Properties

11.    While the Debtors were pursuing the Plan, the Trustee was pursuing a sale. Pursuant to a Court-authorized marketing and sale process, and sale order entered by this Court on October 24, 2017 (the "Sale Order"), the Trustee sold the Properties to Stonebridge Real Estate Co., LLC, free and clear of all liens, claims and encumbrances, for $41 million (the "Sale").

12.    On November 7, 2017, the Holmer Parties appealed the Sale Order without seeking a stay pending appeal, which appeal remains pending in the District Court.

13.    On November 10, 2017, the Sale closed and the Sale proceeds were distributed pursuant to the Sale Order.

### The Trustee's Settlements With Debtors' Counsel, the Holmer Parties and the Secured Lenders / Substantive Consolidation

14.    On December 11, 2017, the Court granted the Trustee's motion seeking the reduction and allowance of Debtors' counsel's fees and expenses. After deducting counsel's prepetition retainer, the Trustee paid Debtors' counsel allowed fees in the amount of $57,350.75, and allowed expense reimbursement of $20,729.22.

15.    On January 25, 2018, this Court entered an order granting the Trustee's motion seeking approval of the Trustee's settlement with the Holmer Parties and the Secured Lenders. Pursuant to that agreement, among other things, the parties to the agreement exchanged mutual

releases and the Holmer Parties agreed to dismiss their pending appeals of the Sale Order and the Secured Lenders Compromise Order, and waived any rights to a distribution from the estate for any reason whatsoever, including asserted claims against or interests in any of the Debtors.

16.     On January 25, 2018, this Court entered an order granting the Trustee's motion seeking substantive consolidation of the Debtors' bankruptcy cases.

17.     On February 1, 2018, this Court entered an order granting the Trustee's motion to convert the Debtors' cases to chapter 7.

18.     This Application sets forth in detail the work performed by FG and the time spent in connection with its representation of the Trustee in the Debtors' cases from May 11, 2017 through and including February 1, 2018. To aid the Court in its review of the Application, FG has divided the Application into three parts. Part I describes the practical and legal issues encountered by FG, and the actions taken and results obtained by FG. Part II describes counsel's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

## I.   <u>SERVICES PERFORMED</u>

### A.   **Asset Analysis and Recovery**                                  **$31,515.00**

Trustee's counsel spent 90.20 hours at a cost of $31,515.00 investigating the Debtors' assets. This matter includes time spent reviewing documents produced by the Debtors, including all active leases and contracts. FG also requested and reviewed documents from the Secured Lenders and documents from other parties who held contracts and agreements with the Debtors. Additionally, FG investigated the relationships between Holmer and the Debtors. Finally, FG prepared the proper documents to secure the Real Property and record *lis pendens* regarding the bankruptcies and the Trustee's status as owner of the Real Property.

### B.    Avoidance Action Analysis                                $380.00

Trustee's counsel spent 0.80 hours at a cost of $380.00 on Avoidance Action Analysis. This time category included review of derivative actions filed against A. Holmer and Deutsche Bank. Counsel conferred with the Holmer Entities' counsel regarding same.

### C.    Case Administration                                 $29,767.50

Trustee's counsel spent 80.60 hours at a cost of $29,767.50 on Case Administration. This matter includes time expended with respect to general administration of an active Chapter 11 case including communicating with the Trustee about case matters and go-forward strategies. FG also reviewed the Trustee's summaries of monthly receipts and disbursements, communicated with various creditors about the status of the cases, reviewed leases, claims and vendors for proper notice of proceedings to all parties entitled thereto. This project category also includes time entries that do not fit neatly into any other time category.

### D.    Claims Administration and Objections                   $26,240.00

Trustee's counsel spent 81.60 hours at a cost of $26,240.00 on Claims Administration and Objections. FG reviewed claims scheduled by the Debtors' and reviewed claims filed with the bankruptcy court in order to prepare a claim reconciliation for comparison with Debtors' proposed payout under its theory of reorganization. FG also reviewed the Secured Lenders' proof of claim and the extent of its lien against the Properties. As part of the review of the Secured Lenders' claims, FG researched the validity of the rate of default interest rates. FG negotiated with the Secured Lenders and reached an agreement regarding their claims. FG prepared and appeared in court on the motion to approve the settlement with the Secured Lenders.

The City of Chicago (the "City") held a claim in excess of $1,400,000 for unpaid parking taxes owed by WSC Parking Fund I (Case No. 17-10561). FG reviewed the City's claims and negotiated a settlement agreement reducing the City's claim by over $500,000.

FG also reviewed the Debtors' equity claims and communicated with various claimants regarding the status of the case and their claims.

### E.    Court Appearances/Preparation                          $19,900.00

Trustee's counsel spent 50.00 hours at a cost of $19,900.00 preparing for and attending hearings in the category Court Appearances/Preparation. The Court hearings included the Trustee's motion to use cash collateral, motions to approve the receiver's continued possession of the properties and an interim management agreement for the Debtors' building managers. FG also attended court hearings on the retention of the Trustee's professionals, including FG as counsel, a property manager, real estate tax counsel, real estate counsel, tax accountant and an accountant for the Trustee's administration of these cases. In addition, the Trustee filed certain motions to approve settlements with the Holmer parties and the secured lenders. The Debtors brought motions before the court with respect to their disclosure statement and plan of reorganization that occasioned several hearings which FG attended. FG also attended two meeting of creditors pursuant to Section 341 of the Bankruptcy Code.

### F.    Employment and Fee Applications                          $17,410.00

Trustee's counsel spent 59.70 hours at a cost of $17,410.00 on Employment and Fee Applications. FG coordinated and made application to the Court for the Trustee's professionals, including counsel, a property manager, a real estate marketing specialist, real estate tax attorneys and an accountant for the Debtors' bankruptcy estates. Upon the Trustee's appointment, it was critical to engage leasing, management and marketing services for the Real Property. With

respect to the property management engagement, FG solicited requests for proposals from eight full-service real estate firms and personally interviewed the candidates. Time in this category relates to the selection of the Trustee's professionals and making application to the Court for authority to employ the professionals. Time spent reviewing time entries and preparing applications for compensation are included in this category.

### G.    Employment and Fee Applications: Objections                $1,680.00

Trustee's counsel spent 4.00 hours at a cost of $1,680.00 on Employment and Fee Applications: Objections. Time in this category was devoted to stay the briefing schedule on the application for compensation filed by the Debtors' counsel, which enabled the Trustee to reach a settlement with Debtors' counsel.

### H.    Litigation                                                $37,750.00

Trustee's counsel spent 123.90 hours at a cost of $37,750.00 on Litigation. This category includes time dedicated to the review of the state court foreclosure actions filed by the Secured Lenders. FG reviewed additional pending litigation against the Debtors and prepared the appropriate notices of bankruptcy in those pending cases.

The Debtors' were not forthcoming in their production of the Trustee's discovery and document requests and FG was obligated to prepare a motion to compel the Debtors to respond to those requests. The requested documents were produced on a rolling basis and FG monitored the productions for the adequacy of the responses and organized the documents for efficient attorney review.

**I.    Meetings/Communications with Creditors**                     **$11,815.00**

Trustee's counsel spent 28.80 hours at a cost of $11,815.00 on Meetings/Communications with Creditors. Time in this category includes communicating with creditors and claimants regarding case status and claims.

**J.    Plan and Disclosure Statement**                     **$113,070.00**

Trustee's counsel spent 264.60 hours at a cost of $113,370.00 on matters related to the Debtors' Plan and Disclosure Statement.

The Debtors in these cases proposed several versions of their combined Plan and Disclosure Statement. FG researched certain plan issues and communicated at length with the Trustee, the U.S. Trustee, the Secured Lenders and the Debtors concerning the infirmities of the various proposed plans. FG reviewed and brought objections to these varying plans, the feasibility of the plans and the likelihood of confirmation of any of the proposed plans.

**K.    Property Management**                     **$49,812.50**

Trustee's counsel spent 149.90 hours at a cost of $49,812.50 on Property Management. FG coordinated with the Trustee's property manager regarding the current rent rolls, leases and the authority to handle the day-to-day operations and the preservation of the Real Property. Key to the preservation of the Real Property was to review and pay operating expenses and arrange for any necessary repairs. To that end, FG prepared and brought before the Court a motion to use cash collateral. As part of the agreement with the Secured Lender, the Trustee could pay operating expenses only with the written approval of the Secured Lenders. As a result, FG reviewed and prepared periodic requests for the necessary maintenance and payment of utilities for the Real Property. FG also reviewed and dealt with contractual obligations to the lessees under the terms of the leases.

### L.   Review Pleadings                                                    $13,600.00

Trustee's counsel spent 36.20 hours at a cost of $13,600.00 reviewing pleadings and documents filed prior to the Trustee's appointment. FG continued its review of pleadings filed in the case regarding issues brought before the Court, including motions for an equity committee and appeals filed by the Holmer Parties.

### M.   Sale of Assets                                                      $110,270.00

Trustee's counsel spent 296.40 hours at a cost of $110,270.00 on the preparation, auction, and closing the sale of the Real Property. FG developed the bidding process for purchase of the Real Property, notified each of the Debtors' creditors and over 200 interested parties identified by the Trustee's real estate marketing professional. The culmination of the sale of the Real Property was the result of multiple communications with the Secured Lenders, the Debtors, the Trustee, the U.S. Trustee, the Trustee's real estate marketing agent and parties whose participation was needed for the technical aspects of the sale.

A key component of the sale was the negotiation and settlement of the claims made by the City of Chicago and the Secured Lenders.

Finally, FG prepared for and attended the closing on the sale of the Real Property including the preparation and review of all closing documents, estoppel certificates from the tenants of the Real Property, assumption/assignment of leases and contracts and requisite city, county and state requirements for sales of property.

### N.   Settlement/Appeal                                                  $37,885.00

Trustee's counsel spent 85.00 hours at a cost of $37,885.00 on Settlement/Appeal issues. The Holmer Parties filed two appeals, an appeal of the Trustee's settlement with the Secured Lenders and an appeal of the Sale Order. FG conferred with the U.S. Trustee and the Secured

Lenders' counsel regarding the appeals, and researched several issues related to the appeals, including, but not limited to, appeal of a Rule 9019 compromise, interlocutory standing, the requirement to post a bond, and failure to obtain a stay pending appeal. FG also prepared its designation of items to be included in the records on appeal. Finally, FG initiated and engaged in substantive settlement negotiations with the Holmer Parties that ultimately resulted in a global settlement that would enable the Trustee to pay all non-insider creditors in full.

**O.    Tax Issues**                                                    **$18,437.50**

Trustee's counsel spent 58.60 hours at a cost of $18,437.50 on tax issues. FG requested and reviewed the Debtors' tax returns and conferred with Debtors counsel and tax counsel regarding same. FG engaged in extensive communications with the City of Chicago regarding its claim for taxes and prepared a settlement agreement for a compromise on the City's claim. Finally, FG conferred with the Trustee's accountant and coordinated distribution of K-1 schedules to all shareholders.

## II.    ATTORNEYS PROVIDING SERVICES FOR THE ESTATES

A.    <u>Frances Gecker</u> (FG) is one of the founding partners of FrankGecker LLP. Prior to founding FrankGecker, she was a partner at Jenner & Block and co-managing partner of the insolvency practice at Freeborn & Peters and Neil, Gerber & Eisenberg. She represents and counsels financial institutions, trusts, corporations, creditors' committees and investors in commercial law, restructuring and insolvency issues.

B.    <u>Micah R. Krohn</u> (MRK) is senior counsel at FG. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz. Mr. Krohn has been involved in the sale of assets and day-to-day representation of the Trustee.

C.     Jeremy C. Kleinman (JCK) is a bankruptcy associate at FG.  Mr. Kleinman graduated from the University of Michigan Law School in 1999 and served as law clerk to the Honorable John D. Schwartz.

D.     Reed Heiligman (RH) was an associate at FG.  Mr. Heiligman is a graduate of The John Marshall Law School where he served as Managing Editor of The John Marshall Law Review.  Mr. Heiligman regularly represents secured and unsecured creditors, creditors' committees and bankruptcy trustees.

E.     James Nowak (JN) Mr. Nowak was an associate at FrankGecker LLP.  Mr. Nowak graduated from The John Marshall Law School where he was the Administrative Editor of The John Marshall Law Review.  Mr. Nowak externed for the Honorable Chief Judge Bruce Black for the Bankruptcy Court for the Northern District of Illinois and for the Office of the United States Trustee.

F.     Christina S. Smith (CSS) is a bankruptcy paralegal at FG.  Ms. Smith assisted the Trustee with property management, operating reports and case administration.

G.     Michael H. Matlock (MHM) is a bankruptcy paralegal at FG.  A graduate of the University of Oklahoma, Mr. Matlock has over 25 years of experience working in bankruptcy matters in debtor, creditor and trustee cases.  Mr. Matlock assisted with matters relating to asset analysis, sale of assets, claims administration, fee applications and case administration.

## III.   CALCULATION OF TIME AND FEES

This is FG's First and Final Application for compensation and reimbursement of expenses in representing the Trustee in the bankruptcy estates of Erie Street Investors, LLC and its affiliated Chapter 11 Debtors.  It covers the period from May 11, 2017 to and including February 1, 2018. All professional services for which compensation is requested herein, and all

reimbursement for expenses incurred, have been for services directly related to Case No. 17-10554 and were rendered for the benefit of the Trustee and the bankruptcy estate of Erie Street Investors, LLC. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, the attorneys and paralegals at FG have spent a total of 1,430.30 hours providing necessary legal services for the Trustee. FG requests compensation in the amount of $519,712.50 for actual, necessary legal services performed. When appropriate, FG attempted to bill each of the Debtors for work performed on behalf of that Debtor. Attached as **Exhibit A** is a spreadsheet detailing each category, and the amount billed to each Debtor. **Group Exhibit B** includes the actual time and expense records for each Debtor. The average hourly rate is $363.36. In addition, counsel has expended the sum of $18,580.90 for actual, necessary expenses incurred in representing the Trustee.

In preparing this fee application, counsel has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts which are kept on each client. The hourly rates charged are the regular hourly rates charged by counsel to its clients. Counsel worked to avoid any duplication of efforts between parties, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement. Multiple representation in analogous circumstances has been approved. *See Berberena v. Coler*, 753 F.2d 629 (7th Cir. 1985); *In re Washington Manufacturing Co.*, 101 B.R. 944 (Bankr. M.D. Tenn. 1989); *In re N-Ren Corp.*, 71 B.R. 488 (Bankr. S.D. Ohio 1987).

Counsel does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing or photocopying; instead, such expenses are factored into counsel's normal and customary rate. Counsel does not include charges for long distance telephone, photocopying or computer research in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, counsel's non-bankruptcy clients routinely are billed and pay these types of expenses. See *In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to counsel other than as disclosed or approved by this Court. Counsel certifies that there is no agreement between it and any other party regarding the sharing of fees except with counsel's general partners, and counsel has not discussed or negotiated the amount of its fees with any party except its client. Finally, counsel represents that it is and remains a disinterested party and does not hold any adverse relationship with this estate.

WHEREFORE, FrankGecker LLP, respectfully requests that this Court enter an Order:

A.    Allowing FrankGecker LLP final compensation for legal services provided in the amount of $519,712.50;

B.    Allowing FrankGecker LLP final reimbursement of expenses incurred in the amount of $18,580.90;

C.    Authorizing the Trustee to pay FrankGecker LLP total compensation in the amount of $538,293.40; and

D.    Granting such other relief as the Court deems just and equitable.

Date: February 14, 2018

Respectfully Submitted,

FRANCES GECKER, SOLELY IN HER CAPACITY AS THE
CHAPTER 11 TRUSTEE IN THE CHAPTER 11 CASES OF
ERIE STREET INVESTORS, LLC AND ITS AFFILIATED
CHAPTER 11 DEBTORS

By: _____ /s/ Micah R. Krohn _____
            One of her Attorneys

Frances Gecker (IL Bar No. 6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
fgecker@fgllp.com
mkrohn@fgllp.com

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, state that on **February 14, 2018**, a copy of the foregoing **Notice of Motion** and **FIRST AND FINAL CHAPTER 11 FEE APPLICATION AND REIMBURSEMENT OF EXPENSES OF FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC**, was filed electronically.  Notice of this filing will be sent to all parties on the attached Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  A copy of the Notice of Motion, Fee Application and Exhibit A only will be served on the attached Service List via U.S. Mail.  A copy of the attached **Group Exhibit B** will be made available to any party in interest upon request to Christina Smith at csmith@fgllp.com.

By:  ___/s/ *Micah R. Krohn*___

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jonathan E Aberman**   jaberman@dykema.com, docketCH@dykema.com
- **Jeffrey Bergman**   jbergman@mandellmenkes.com, ngagen@mandellmenkes.com;docket@mandellmenkes.com
- **Randall S Borek**   rborek@brotschulpotts.com
- **Adam G. Brief**   Adam.Brief@usdoj.gov
- **Scott R Clar**   sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- **Jeffrey C Dan**   jdan@craneheyman.com, sclar@craneheyman.com;jmunoz@craneheyman.com
- **Denise A Delaurent**   USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis**   mdiakoumakis@dykema.com, DocketCH@dykema.com,bmederich@dykema.com
- **Jordan B Dorrestein**   jdorrestein@gwllplaw.com, npoulos@gwllplaw.com;nstephens@gwllplaw.com
- **Tony L Draper**   tdraper@wwmlawyers.com
- **Joshua M Feagans**   jfeagans@gwllplaw.com
- **Frances Gecker**   fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
- **Frances Gecker**   fgecker@fgllp.com, csmith@fgllp.com
- **Jay R Goldberg**   jgoldberg@fieldandgoldberg.com
- **Thomas G. Griffin**   tgriffin@wwmlawyers.com, jvail@wwmlawyers.com;docket@wwmlawyers.com;walker-ecfs_notice@juralaw.net
- **Reed A Heiligman**   reed@heiligman.com
- **David Paul Holtkamp**   David.Holtkamp2@cityofchicago.org
- **Micah R Krohn**   mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com;mmatlock@fgllp.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Karen Newbury**   knewbury@fgllp.com, mmatlock@fgllp.com;ccarpenter@fgllp.com
- **Lauren Newman**   lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- **Richard C Perna**   rperna@frltd.com, pgutierrez@frltd.com
- **Nancy A Peterman**   petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- **John R Potts**   ryan@brotschulpotts.com, solesch@brotschulpotts.com
- **Peter J Roberts**   proberts@shawfishman.com
- **David M Rownd**   drownd@thompsoncoburn.com
- **Ryan T Schultz**   rschultz@foxswibel.com, bkdocket@fslc.com
- **Mark Adam Silverman**   msilverman@dykema.com, CSurovic@dykema.com;DocketCH@dykema.com
- **William W Thorsness**   wthorsness@vedderprice.com, ecfdocket@vedderprice.com;ewatt@vedderprice.com;7610@ecf.pacerpro.com;william-thorsness-6297@ecf.pacerpro.com
- **Edward S Weil**   eweil@dykema.com, hbarhorst@dykema.com
- **Barbara L Yong**   blyong@gct.law, mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law;r61390@notify.bestcase.com

## SERVICE LIST

2956 North Sheffield Restaurant LLC
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

404 Wine Bar Co.
c/o Southport Enterprise
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

747 Investors LLC
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

747 Investors LLC
1104 Wadsworth Place
Vernon Hills, IL 60061

801 East Main St.
c/o Chris Cosentino
The Cosentino Law Firm
801 East Main Street
St. Charles, IL 60174

ACO PT-1, LLC
a/k/a Century 21 Affiliated
c/o Cheryl Fulop, Fulop Law, PC
589 Drexel Ave.
Glencoe, IL 60022

Adam and Melissa Berman
3312 West Peterson Avenue
Chicago, IL 60659

Adam Weinberg
c/o The Cosentino Law Firm
ATTN: Chris Cosentino
801 E. Main St.
St. Charles, IL 60174

Adam Weinberg
1344 St. Vincents Drive
Lemont, IL 60439

Adaptly, Inc.
747 N. LaSalle, #3500
Chicago, IL 60654

Adeptia, Inc.
ATTN: Lou Ennuso
343 W. Erie St., Ste. 430
Chicago, IL 60654

AFG Real Estate Opportunities Fund
811 Camp Horne Road
Suite 100
Pittsburgh, PA 15237

Alchemy, LLC
c/o Lyle Zimmerman
13660 Ridge Road
Highland Park, IL 60035

Aldan Finn Construction Service
654 W. Briar Place
Chicago, IL 60657

Anderson Elevator
c/o Kyle T. Dillon
McFadden & Dillon, P.C.
120 S. LaSalle St., #1335
Chicago, IL 60603

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

Arnstein & Lehr LLP
ATTN: Michelle G. Novick
161 N. Clark Street, Ste. 4200
Chicago, IL 60601-3316

Arsova LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Associate Area Counsel, SB/SE
200 W. Adams St., Ste. 2300
Chicaog, IL 60606

Atcha, D.D.S. P.C.
747 N. LaSalle, Ste. Main N
Chicago, IL 60654

boberdoo.com LLC
ATTN:  John Bradley
747 N. LaSalle, #210
Chicago, IL 60654

Breather Products US, Inc.
343 W. Erie Street, Ste. 310
Chicago, IL 60654

BrightSpeed Solutions, Inc.
343 W. Erie St., Ste. 200
Chicago, IL  60654

Brunch
c/o Onion Erie Enterprises, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Cerno Construction LLC
ATTN:  Jozo Vucic
5646 N. Central Ave.
Chicago, IL  60646

Chicago Medical Exchange
343 W. Erie St., Ste. 240
Chicago, IL  60654

City of Chicago
Dept. of Finance Utility Billing
ATTN:  Agnieszka Pikus
333 S. State St., Ste. 330
Chicago, IL 60604

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Commonwealth Edison
Attn:  Bankruptcy Dept.
2 Lincoln Center
Oakbrook Terrace, IL 60181-4260

Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602

Cotton Candy Global Marketing, Inc.
343 W. Erie St., Ste. 450
Chicago, IL 60654

Cushman & Wakefield
200 S. Wacker Dr., Ste. 2800
Chicaog, IL 60606

Dave Howlett
3435 W. Schubert Ave.
Chicago, IL 60647

Devbridge Group, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

DIAG Bar & Grill
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Direct Energy Business
ATTN:  Jonathan Love
1001 Liberty Ave., Fl. 13
Philadelphia, PA 15222

DMK Burger Bar
c/o DMK Management, LLC
1664 N. Ada, Right
Door
Chicago, IL 60642

Doll in a Dash
343 W. Erie St., Ste. 100W
Chicago, IL 60654

Dr. David Rakofsky
1011 W. Wellington, Ste. 210
Chicago, IL 60657

EIS Elevator Inspection Services
745 McClintock Dr., #235
Willowbrook, IL 60527

Embassy Studio Corp.
ATTN: Jennifer Ransford
747 N. LaSalle, #200
Chicago, IL 60654

EVGC, LLC
343 W. Erie St., Ste. 320
Chicago, IL 60654

Fair Harbor Captial, LLC
Ansonia Finance Station
P.O. Box 237037
New York, NY 10023

Fish Bar
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Fuchs & Roselli
440 W. Randolph St., Ste. 500
Chicago, IL 60606

GamePlan Branding Group, Inc.
343 W. Erie St., Ste. 230
Chicago, IL 60654

George Alexakis
1615 W. Lexington Dr.
Arlington Heights, IL 60004

Grainne McKeown
1011 W. Wellington, Ste. 220
Chicago, IL 60657

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
ATTN: Samuel Allen Lichtenfeld
6200 N. Hiawatha, #400
Chicago, IL 60646

Hal Reisenfeld
22311 Fairview Bend Dr.
Bonita Springs, FL 34135

Hal Reisenfeld
P.O. Box 203
Novelty, OH 44072

House of Glass
424 N. York Rd.
Elmhurst, IL 60126

Hudson Energy
4 Executive Blvd., Ste. 301
Suffern, NY 10901

Internal Revenue Service
ATTN: Jetaun Harper
233 East 84th Dr., 3rd Floor
Merrillville, IN 46410-6394

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7436
Philadelphia, PA 19101-7436

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

John Hayes/Steven Soeka
2856 N. Southport Ave., #3
Chicago, IL 60657

Joshua and Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Kevin and Sarah Donnelly
1411 W. George St., #2
Chicago, IL 60657

Khaja Gulam Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

KTGY Group, Inc.
ATTN:  Terry Christopher
17911 Von Karman Ave., Ste. 200
Irvine, CA 92614

Legum & Norman Midwest, LLC
343 W. Erie St., Ste. 330
Chicago, IL 60654

Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

Massage Therapy Centers of America
ATTN:  Emmanuel Bistas
747 N. LaSalle, #300
Chicago, IL 60654

Matthew Hart/John Dillon
2856 N. Southport Ave., #2
Chicago, IL 60657

Mehnaz Habib
1230 Walnut Hill Farm Drive
Chesterfield, MO  63005

Mickey's Linen
4601 W. Addison St.
Chicago, IL 60641

Millenium Properties R/E
ATTN:  Daniel J. HymaN
205 W. Wacker Dr., Ste. 1750
Chicago, IL 60606

MKTG, Inc.
343 W. Erie St., Ste. 520
Chicago, IL 60654

Nisar Family Trust
Abid and Rashda Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

NOCO LLC d/b/a UFC Gym
343 W. Erie St., Ste. LL1
Chicago, IL 60654

Peoples Gas
130 E. Randolph Dr., 24th Flr.
Chicago, IL 60601-6207

Phillip M. Palella, DDS
Modern Dental on Sheffield
1007 W. Wellington
Chicago, IL 60657

Prince David Amponsah
2048 Cummings Lane
Flossmoor, IL 60422

Project Outdoor LLC/City Outdoor
Holdings
1332 Broadway, Ste. 506
New York, NY  10018

Raila & Associates, P.C.
ATTN:  Paula Raila
747 N. LaSalle, #700
Chicago, IL 60654

Richard A. Silver
61373 Bonneville Loop
Bend, OR  97702

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Robert Berman Real Estate
c/o Ira Dubin
3312 West Peterson Avenue
Chicago, IL 60659

Robert Saliba
Salibaco, LLC
135 S. LaSalle St., Ste. 3914
Chicago, IL 60603

Salibaco, LLC
Robert Saliba
135 S. LaSalle St., Ste. 3914
Chicago, IL 60603

Southport Enterprise Co.
c/o James L. Webster, Registered Agent
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Springer Property Services
2856 W. Shakespeare Ave., #1E
Chicago, IL 60647

Steven C. Popuch and Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Steven W. Silver
c/o Richard A. Silver, Executor
Estate of Steven West Silver
61373 Bonneville Loop
Bend, OR 97702

Sullivan Roofing
60 E. State Parkway
Schaumburg, IL 60173

Swidler Spanola and Company, LLC
ATTN: Stephen Swidler
343 W. Erie St., Ste. 510
Chicago, IL 60654

URO Partners, LLC
1011 W. Wellington, Ste. 200
Chicago, IL 60657

UX Factory, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

Vedder Price P.C.
ATTN: Michael R. Mulcahy Esq.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601

VIA Technik LLC/Vinesprout LLC
343 W. Erie Street, Ste. 410
Chicago, IL 60654

Victor Bernardi/Shruti Shah
2852 N. Southport, #2
Chicago, IL 60657

Waste Management of Illinois, Inc.
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

York Solutions LLC
343 W. Erie St., Ste. 325
Chicago, IL 60654