IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*, | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:** March 20, 2018 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Courtroom:** 613 |

**COVER SHEET FOR FIRST AND FINAL CHAPTER 11 FEE APPLICATION
AND REIMBURSEMENT OF EXPENSES OF FRANCES GECKER, CHAPTER
11 TRUSTEE OF THE BANKRUPTCY ESTATE OF
ERIE STREET INVESTORS, LLC, ET AL.**

| | |
|---|---|
| Name of Applicant: | Frances Gecker, Chapter 11 Trustee of the Estate of ERIE STREET INVESTMENTS, LLC |
| Authorized to Provide Professional Services to: | ESTATE OF ERIE STREET INVESTORS, LLC |
| Date of Appointment: | May 11, 2017 |
| Period for Which Compensation is Sought: | May 11, 2017 through January 31, 2018 |
| Amount of Fees Sought: | $406,685.00 |
| Amount of Expense Reimbursement Sought: | $247.51 |
| This is a: | First and Final Chapter 11 Fee Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{ERIESTRE/001/00052690.DOCX/2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*,[1] | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:** **March 20, 2018** |
| | ) | **Hearing Time:** **9:30 a.m.** |
| | ) | **Courtroom:**   **613** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **March 20, 2018**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in Courtroom No. 613 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **FIRST AND FINAL CHAPTER 11 FEE APPLICATION AND REIMBURSEMENT OF EXPENSES OF FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC**, a copy of which is attached hereto and hereby served upon you.

Dated: February 14, 2018

Respectfully submitted,

FRANCES GECKER, SOLELY IN HER CAPACITY AS THE CHAPTER 11 TRUSTEE IN THE CHAPTER 11 CASES OF ERIE STREET INVESTORS, LLC AND ITS AFFILIATED CHAPTER 11 DEBTORS

By:___/s/_____*Frances Gecker*_____

Frances Gecker (IL Bar No. 6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:   (312) 276-1400
Facsimile:    (312) 276-0035

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I, LLC (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

{ERIESTRE/001/00052690.DOCX/2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*, | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |

**FIRST AND FINAL CHAPTER 11 FEE APPLICATION AND REIMBURSEMENT OF EXPENSES OF FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC**

Frances Gecker, Chapter 11 Trustee (the "Trustee") of the Estates of Erie Street Investors, LLC, LaSalle Investors, LLC, WSC Parking Fund I, George Street Investors, LLC and Sheffield Avenue Investors, LLC (collectively, the "Debtors"), hereby submits this first and final chapter 11 fee application (the "Application") for compensation and reimbursement of expenses pursuant to 11 U.S.C. §§326, 330, 331 and 507(a)(1) for legal services performed and expenses incurred from May 11, 2017 through and including January 31, 2018 (the "Application Period"), as Trustee in this proceeding. In support hereof, the Trustee respectfully represents as follows:

**BACKGROUND**

1. On April 3, 2017, Erie Street Investors, LLC, LaSalle Investors, LLC and WSC Parking Fund I filed voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). On April 5, 2017, George Street Investors, LLC and Sheffield Avenue Investors, LLC filed voluntary petitions for relief under the Bankruptcy Code in the Court.

2. On April 27, 2017, this Court entered an Order directing the joint administration, for procedural purposes only, of the Debtors bankruptcy cases [Dkt. No. 45]. On May 16, 2017,

{ERIESTRE/001/00052690.DOCX/2}

the Court entered an order approving the appointment of Frances Gecker as chapter 11 trustee for the Debtors. [Dkt. No. 94]. On May 16, 2017, this Court entered an order approving the appointment of FrankGecker LLP as counsel for the Trustee [Dkt. No. 93].

3. As of the Petition Date, the Debtors owned certain real property and improvements located at the following addresses (collectively, the "Real Property"):

| **Debtor** | **Real Property** |
|---|---|
| Erie Street Investors, LLC | 343 W Erie St, Chicago, Il 60654 |
| LaSalle Investors, LLC | 747 N LaSalle Dr, Chicago, Il 60654 |
| WSC Parking Fund I | 600 S Clark St, Chicago, Il 60605 |
| George Street Investors, LLC | 2852-56 N Southport Ave, Chicago, Il 60657; 1411 W George St, Chicago, IL 60657 |
| Sheffield Avenue Investors, LLC | 2954 Sheffield Ave, Chicago, Il 60657 |

4. The Properties were encumbered by certain mortgages and related loan documents that, as of the Petition Date, were held by Deutsche Bank Trust Company Americas, as (a) Trustee for the Registered Holders of UBS-Citigroup Commercial Mortgage Trust 2011-C1, Commercial Mortgage Pass-Through Certificates, Series 2011-C1, and as (b) Trustee for the Registered Holders of UBS-Citigroup Commercial Mortgage Trust 2011-C1, Commercial Mortgage Pass-Through Certificates, Series 2012-C1 (collectively with Rialto Capital Advisors, LLC, as Special Servicer, the "Secured Lenders").

### The Debtor's Plan of Reorganization

5. After the appointment of the Trustee, the Debtors filed a plan of reorganization pursuant to which the Debtors would re-finance the Properties, pay the unsecured creditors and make a distribution to equity holders pursuant to agreements with each equity holder, other than

the holders of equity interests related to Arthur Holmer, the Debtors' principal, who agreed not to receive any cash distribution arising from loans or investments in the Properties (the "Plan").

6. The Debtors amended the Plan several times and the Trustee's counsel filed numerous objections to the Plan.

7. Ultimately, the Debtors were unable to obtain financing and withdrew the Plan.

**The Secured Lenders' Claim**

8. On August 2, 2017, the Debtors filed an objection to the claim of the Secured Lenders. The Trustee and the Secured Lenders subsequently agreed to compromise the Secured Lenders' claims at $34,285,067.83, including a $1.3 million cap on the secured portion of the Secured Lenders' claim for attorneys' fees (the "Secured Lenders Compromise"). In addition, pursuant to the Secured Lenders Compromise, to the extent that the Secured Lenders' allowed fees and expenses exceed $1.3 million, the balance of the Secured Lenders' allowed attorneys' fees and expenses are to be treated as a general unsecured claim, with the Trustee reserving all rights with respect thereto.

9. On September 5, 2017, the Court entered an order approving the Trustee's settlement with the Secured Lenders over the objections of the Debtors and certain entities owned or controlled by Arthur Holmer (collectively, "Holmer" and the "Holmer Parties"), (the "Secured Lenders Compromise Order"). The Debtors filed a Motion to Amend or Alter Judgment, which the Court denied on September 12, 2017.

10. On September 26, 2017, the Holmer Parties appealed the Secured Lenders Compromise Order and the order denying the motion to alter or amend without seeking a stay pending appeal, which appeal remained pending in the District Court.

**Trustee's Sale of the Properties**

11. While the Debtors were pursuing the Plan, the Trustee was pursuing a sale. Pursuant to a Court-authorized marketing and sale process, and sale order entered by this Court on October 24, 2017 (the "Sale Order"), the Trustee sold the Properties to Stonebridge Real Estate Co., LLC, free and clear of all liens, claims and encumbrances, for $41 million (the "Sale").

12. On November 7, 2017, the Holmer Parties appealed the Sale Order without seeking a stay pending appeal, which appeal remained pending in the District Court.

13. On November 10, 2017, the Sale closed and the Sale proceeds were distributed pursuant to the Sale Order.

**The Trustee's Settlements With Debtors' Counsel, the Holmer Parties and the Secured Lenders / Substantive Consolidation**

14. On December 11, 2017, the Court granted the Trustee's motion seeking the reduction and allowance of Debtors' counsel's fees and expenses. After deducting counsel's prepetition retainer, the Trustee paid Debtors' counsel allowed fees in the amount of $57,350.75, and allowed expense reimbursement of $20,729.22.

15. On January 25, 2018, this Court entered an order granting the Trustee's motion seeking approval of the Trustee's settlement with the Holmer Parties and the Secured Lenders. Pursuant to that agreement, among other things, the parties to the agreement exchanged mutual releases and the Holmer Parties agreed to dismiss their pending appeals of the Sale Order and the Secured Lenders Compromise Order, and waived any rights to a distribution from the estate for any reason whatsoever, including asserted claims against or interests in any of the Debtors.

16. On January 25, 2018, this Court entered an order granting the Trustee's motion seeking substantive consolidation of the Debtors' bankruptcy cases.

17. On February 1, 2018, this Court entered an order granting the Trustee's motion to convert the Debtor's case to chapter 7.

## LEGAL BASIS FOR COMPENSATION

18. Section 326(a) of the Bankruptcy Code provides that the Court allow reasonable compensation under Section 330 of the Bankruptcy Code to the trustee for the trustee's services, payable after the trustee renders such services not to exceed 25% of the first $5,000, 10% of amounts in excess of $5,000 but less than $50,000, 5% on any amount in excess of $50,000 but less than $1,000,000, and 3% on any amount in excess of $1,000,000, "upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims." 11 U.S.C. § 326(a).

19. As of the filing date of this fee application, the Trustee will have disbursed or turned over the following funds.

Erie Street:

| | |
|---|---|
| Deutsche Bank Trust Company Americas | $34,757,662.97 |
| Mechanic's Lien | $46,130.00 |
| 2017 Real Estate Taxes at Bulk Sale | $907,799.69 |
| City of Chicago Priority Claim | $228,903.00 |
| 2016 Real Estate Taxes | $208,256.29 |
| Jones Lang LaSalle Brokers' Commission | $825,000.00 |
| Crane, Simon, Clar & Dan (Settlement/Debtors' Counsel) | $77,079.97 |
| Plante Moran (Accountants) | $3,500.00 |
| U.S. Trustee Quarterly Fees | $7,475.00 |
| Property Management Fees and Expenses | $42,226.33 |
| Expenses of Operating Business | $289,613.75 |
| Bond | $11,399.00 |
| | **$37,405,046.00** |

LaSalle Street Investors:

| | |
|---|---|
| 2016 Real Estate Taxes | $127,799.42 |
| Plante Moran (Accountants) | $3,500.00 |
| U.S. Trustee Quarterly Fees | $2,925.00 |
| Property Management Fees and Expenses | $29,731.39 |

    Expenses of Operating Business ............................................. $139,906.38
    Bond .................................................................................................. <u>$876.00</u>
    **$304,738.19**

### WSC Parking Fund I:

    2016 Real Estate Taxes ........................................................... $123,468.92
    Plante Moran (Accountants) ........................................................ $3,500.00
    U.S. Trustee Quarterly Fees ........................................................ $8,125.00
    Property Management Fees and Expenses .............................. $19,069.56
    Expenses of Operating Business ............................................. $252,375.02
    Payroll for Garage Employees .................................................. $70,738.54
    Payroll Taxes ............................................................................. $30,918.05
    City and County Parking Taxes ............................................. $235,993.96
    Bond .............................................................................................. <u>$1,035.00</u>
    **$745,224.05**

### George Street:

    2016 Real Estate Taxes ............................................................. $19,536.79
    U.S. Trustee Quarterly Fees ........................................................ $1,625.00
    Attorney Fees for Receivership ................................................ $13,087.13
    Property Management Fees and Expenses .............................. $18,131.67
    Expenses of Operating Business ............................................... $25,729.46
    Bond .............................................................................................. <u>$1,625.00</u>
    **$79,735.05**

### Sheffield:

    2016 Real Estate Taxes ............................................................. $42,860.27
    Plante Moran (Accountants) ........................................................ $3,500.00
    U.S. Trustee Quarterly Fees ........................................................ $2,275.00
    Property Management Fees and Expenses .............................. $14,506.81
    Expenses of Operating Business ............................................... $22,032.78
    Bond .................................................................................................. <u>$   666.00</u>
    **$85,840.86**

Total Disbursements/Turnover of all Five Chapter 11 Estates: ............ **$38,620,584.15**

As set forth below, the application of the statutory formula would result in payment of $1,181,867.52 to the Trustee.

{ERIESTRE/001/00052690.DOCX/2}        6

| | |
|---|---|
| 25% of First $5,000.00 ($1,250.00 Maximum) | $1,250.00 |
| 10% of the next $45,000.00 ($4,500 Maximum) | $4,500.00 |
| 5% of the next $950,00.00 ($47,500 Maximum) | $47,500.00 |
| 3% of the Balance (37,620,584.15) | $1,128,617.52 |
| Total Calculated Compensation | **$1,181,867.52** |

20. The Trustee does not seek compensation at the statutory cap, however she does seek compensation for actual time spent administering this case in the amount of $406,685.00 and expenses in the amount of $247.51 as set forth in the invoices attached hereto as **Group Exhibit A.**

21. The total compensation sought by the Trustee is below the statutory cap.

WHEREFORE, Frances Gecker, Chapter 11 Trustee of the Estate of Erie Street Investors, LLC, respectfully requests that this Court enter an Order:

A. Allowing the Trustee compensation in the amount of $406,685.00;

B. Allowing the reimbursement of Trustee expenses in the amount of $247.51; and

C. Granting such other relief as the Court deems just and equitable.

Dated: February 14, 2018

Frances Gecker (ARDC #6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
(312) 276-1400
(312) 269-0035 (fax)
fgecker@fgllp.com
mkrohn@fgllp.com

Respectfully submitted,

FRANCES GECKER, SOLELY IN HER CAPACITY AS THE CHAPTER 11 TRUSTEE IN THE CHAPTER 11 CASES OF ERIE STREET INVESTORS, LLC AND ITS AFFILIATED CHAPTER 11 DEBTORS

By: /s/ *Frances Gecker*
    Frances Gecker, Trustee

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, state that on **February 14, 2018**, a copy of the foregoing **Notice of Motion** and **FIRST AND FINAL CHAPTER 11 FEE APPLICATION AND REIMBURSEMENT OF EXPENSES OF FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF ERIE STREET INVESTORS, LLC**, was filed electronically. Notice of this filing will be sent to all parties on the attached Court's Electronic Mail Notice List by operation of the Court's CM/ECF system. A copy of the Notice of Motion and the Fee Application only will be served on the attached Service List via U.S. Mail. A copy of the attached **Group Exhibit A** will be made available to any party in interest upon request to Christina Smith at csmith@fgllp.com.

/s/ *Micah R. Krohn*
Micah R. Krohn

## Mailing Information for Case Nos. 17-10554, 17-10557, 17-10561, 17-10806, 17-10810

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jonathan E Aberman**   jaberman@dykema.com, docketCH@dykema.com
- **Jeffrey Bergman**   jbergman@mandellmenkes.com, ngagen@mandellmenkes.com; docket@mandellmenkes.com
- **Randall S Borek**   rborek@brotschulpotts.com
- **Scott R Clar**   sclar@craneheyman.com, mjoberhausen@craneheyman.com; asimon@craneheyman.com
- **Jeffrey C Dan**   jdan@craneheyman.com, gbalderas@craneheyman.com; dwelch@craneheyman.com; jmunoz@craneheyman.com
- **Denise A Delaurent**   USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov; maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis**   mdiakoumakis@dykema.com, DocketCH@dykema.com, srichard@dykema.com

{ERIESTRE/001/00052690.DOCX/2}

- **Frances Gecker**  fgecker@fgllp.com, csmith@fgllp.com
- **Jay R Goldberg**  jgoldberg@fieldandgoldberg.com
- **Thomas G. Griffin**  tgriffin@wwmlawyers.com, jvail@wwmlawyers.com
- **Reed A Heiligman**  rheiligman@fgllp.com, ccarpenter@fgllp.com; mmatlock@fgllp.com
- **David Paul Holtkamp**  David.Holtkamp2@cityofchicago.org
- **Micah R Krohn**  mkrohn@fgllp.com, ccarpenter@fgllp.com; csmith@fgllp.com; mmatlock@fgllp.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Lauren Newman**  lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
- **Richard C Perna**  rperna@frltd.com, lbobka@frltd.com
- **Nancy A Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
- **John R Potts**  ryan@brotschulpotts.com, solesch@brotschulpotts.com
- **David M Rownd**  drownd@thompsoncoburn.com
- **Ryan T Schultz**  rschultz@foxswibel.com, bkdocket@fslc.com
- **Mark Adam Silverman**  msilverman@dykema.com, CSurovic@dykema.com
- **William W Thorsness**  wthorsness@vedderprice.com, ecfdocket@vedderprice.com;ewatt@vedderprice.com
- **Edward S Weil**  eweil@dykema.com, hbarhorst@dykema.com
- **Barbara L Yong**  blyong@gct.law, mperez@gct.law,myproductionss@gmail.com, tstephenson@gct.law

## U.S. MAIL SERVICE LIST

2956 North Sheffield Restaurant LLC
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

404 Wine Bar Co.
c/o Southport Enterprise
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

747 Investors LLC
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

747 Investors LLC
1104 Wadsworth Place
Vernon Hills, IL 60061

801 East Main St.
c/o Chris Cosentino
The Cosentino Law Firm
801 East Main Street
St. Charles, IL 60174

ACO PT-1, LLC
a/k/a Century 21 Affiliated
c/o Cheryl Fulop, Fulop Law, PC
589 Drexel Ave.
Glencoe, IL 60022

Adam and Melissa Berman
3312 West Peterson Avenue
Chicago, IL 60659

Adam Weinberg
c/o The Cosentino Law Firm
ATTN: Chris Cosentino
801 E. Main St.
St. Charles, IL 60174

Adam Weinberg
1344 St. Vincents Drive
Lemont, IL 60439

Adaptly, Inc.
747 N. LaSalle, #3500
Chicago, IL 60654

Adeptia, Inc.
ATTN: Lou Ennuso
343 W. Erie St., Ste. 430
Chicago, IL 60654

AFG Real Estate Opportunities Fund
811 Camp Horne Road
Suite 100
Pittsburgh, PA 15237

Alchemy, LLC
c/o Lyle Zimmerman
13660 Ridge Road
Highland Park, IL 60035

Aldan Finn Construction Service
654 W. Briar Place
Chicago, IL 60657

Anderson Elevator
c/o Kyle T. Dillon
McFadden & Dillon, P.C.
120 S. LaSalle St., #1335
Chicago, IL 60603

Saul Ewing Arnstein & Lehr LLP
ATTN: Michelle G. Novick
161 N. Clark Street, Ste. 4200
Chicago, IL 60601-3316

Associate Area Counsel, SB/SE
200 W. Adams St., Ste. 2300
Chicago, IL 60606

boberdoo.com LLC
ATTN: John Bradley
747 N. LaSalle, #210
Chicago, IL 60654

BrightSpeed Solutions, Inc.
343 W. Erie St., Ste. 200
Chicago, IL 60654

Cerno Construction LLC
ATTN: Jozo Vucic
5646 N. Central Ave.
Chicago, IL 60646

City of Chicago
Dept. of Finance Utility Billing
ATTN: Agnieszka Pikus
333 S. State St., Ste. 330
Chicago, IL 60604

Commonwealth Edison
Attn: Bankruptcy Dept.
2 Lincoln Center
Oakbrook Terrace, IL 60181-4260

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

Arsova LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Atcha, D.D.S. P.C.
747 N. LaSalle, Ste. Main N
Chicago, IL 60654

Breather Products US, Inc.
343 W. Erie Street, Ste. 310
Chicago, IL 60654

Brunch
c/o Onion Erie Enterprises, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Chicago Medical Exchange
343 W. Erie St., Ste. 240
Chicago, IL 60654

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602

Cotton Candy Global Marketing, Inc.
343 W. Erie St., Ste. 450
Chicago, IL 60654

Dave Howlett
3435 W. Schubert Ave.
Chicago, IL 60647

DIAG Bar & Grill
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Doll in a Dash
343 W. Erie St., Ste. 100W
Chicago, IL 60654

Dr. David Rakofsky
1011 W. Wellington, Ste. 210
Chicago, IL 60657

Embassy Studio Corp.
ATTN: Jennifer Ransford
747 N. LaSalle, #200
Chicago, IL 60654

Fair Harbor Captial, LLC
Ansonia Finance Station
P.O. Box 237037
New York, NY 10023

Fuchs & Roselli
440 W. Randolph St., Ste. 500
Chicago, IL 60606

Cushman & Wakefield
200 S. Wacker Dr., Ste. 2800
Chicago, IL 60606

Devbridge Group, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

Direct Energy Business
ATTN: Jonathan Love
1001 Liberty Ave., Fl. 13
Philadelphia, PA 15222

DMK Burger Bar
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

EIS Elevator Inspection Services
745 McClintock Dr., #235
Willowbrook, IL 60527

EVGC, LLC
343 W. Erie St., Ste. 320
Chicago, IL 60654

Fish Bar
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

GamePlan Branding Group, Inc.
343 W. Erie St., Ste. 230
Chicago, IL 60654

George Alexakis
1615 W. Lexington Dr.
Arlington Heights, IL 60004

Grainne McKeown
1011 W. Wellington, Ste. 220
Chicago, IL 60657

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
ATTN: Samuel Allen Lichtenfeld
6200 N. Hiawatha, #400
Chicago, IL 60646

Hal Reisenfeld
22311 Fairview Bend Dr.
Bonita Springs, FL 34135

Hal Reisenfeld
P.O. Box 203
Novelty, OH 44072

House of Glass
424 N. York Rd.
Elmhurst, IL 60126

Hudson Energy
4 Executive Blvd., Ste. 301
Suffern, NY 10901

Internal Revenue Service
ATTN: Jetaun Harper
233 East 84th Dr., 3rd Floor
Merrillville, IN 46410-6394

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7436
Philadelphia, PA 19101-7436

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

John Hayes/Steven Soeka
2856 N. Southport Ave., #3
Chicago, IL 60657

Joshua and Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Kevin and Sarah Donnelly
1411 W. George St., #2
Chicago, IL 60657

Khaja Gulam Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

KTGY Group, Inc.
ATTN: Terry Christopher
17911 Von Karman Ave., Ste. 200
Irvine, CA 92614

Legum & Norman Midwest, LLC
343 W. Erie St., Ste. 330
Chicago, IL 60654

Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

Massage Therapy Centers of America
ATTN: Emmanuel Bistas
747 N. LaSalle, #300
Chicago, IL 60654

Matthew Hart/John Dillon
2856 N. Southport Ave., #2
Chicago, IL 60657

Mehnaz Habib
1230 Walnut Hill Farm Drive
Chesterfield, MO 63005

Millenium Properties R/E
ATTN: Daniel J. HymaN
205 W. Wacker Dr., Ste. 1750
Chicago, IL 60606

Nisar Family Trust
Abid and Rashda Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

Peoples Gas
130 E. Randolph Dr., 24th Flr.
Chicago, IL 60601-6207

Prince David Amponsah
2048 Cummings Lane
Flossmoor, IL 60422

Raila & Associates, P.C.
ATTN: Paula Raila
747 N. LaSalle, #700
Chicago, IL 60654

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Robert Saliba
Salibaco, LLC
135 S. LaSalle St., Ste. 3914
Chicago, IL 60603

Southport Enterprise Co.
c/o James L. Webster, Registered Agent
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Mickey's Linen
4601 W. Addison St.
Chicago, IL 60641

MKTG, Inc.
343 W. Erie St., Ste. 520
Chicago, IL 60654

NOCO LLC d/b/a UFC Gym
343 W. Erie St., Ste. LL1
Chicago, IL 60654

Phillip M. Palella, DDS
Modern Dental on Sheffield
1007 W. Wellington
Chicago, IL 60657

Project Outdoor LLC/City Outdoor Holdings
1332 Broadway, Ste. 506
New York, NY 10018

Richard A. Silver
61373 Bonneville Loop
Bend, OR 97702

Robert Berman Real Estate
c/o Ira Dubin
3312 West Peterson Avenue
Chicago, IL 60659

Salibaco, LLC
Robert Saliba
135 S. LaSalle St., Ste. 3914
Chicago, IL 60603

Springer Property Services
2856 W. Shakespeare Ave., #1E
Chicago, IL 60647

Steven C. Popuch and Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Sullivan Roofing
60 E. State Parkway
Schaumburg, IL 60173

URO Partners, LLC
1011 W. Wellington, Ste. 200
Chicago, IL 60657

Vedder Price P.C.
ATTN: Michael R. Mulcahy Esq.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601

Victor Bernardi/Shruti Shah
2852 N. Southport, #2
Chicago, IL 60657

York Solutions LLC
343 W. Erie St., Ste. 325
Chicago, IL 60654

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Steven W. Silver
c/o Richard A. Silver, Executor
Estate of Steven West Silver
61373 Bonneville Loop
Bend, OR 97702

Swidler Spanola and Company, LLC
ATTN: Stephen Swidler
343 W. Erie St., Ste. 510
Chicago, IL 60654

UX Factory, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

VIA Technik LLC/Vinesprout LLC
343 W. Erie Street, Ste. 410
Chicago, IL 60654

Waste Management of Illinois, Inc.
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044