# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Erie Street Investors, LLC, et. al.                    )
                                                             )
                                                             )    Bankruptcy No. _____17-10554_____
                                                             )
                                         Debtor.             )    Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Greenberg Traurig, LLP_____

Authorized to Provide Professional Services to: ___Official Committee of Non-Insider Equity Holders___

Date of Order Authorizing Employment: _____September 26, 2017 (effective as of September 7, 2017)___

Period for Which Compensation is Sought:

From _____September 7_____, ___2017___   through _____February 1_____, __2018__

Amount of Fees Sought:  $ 102,851.00 _____

Amount of Expense Reimbursement Sought:  $ 618.80 _____

This is an:        Interim Application _____        Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____2/22/18_____          _____/s/ Nancy A. Peterman_____
                                                    (Counsel)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Erie Street Investors, LLC, et al., | ) | Case No. 17-10554 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Hon. Deborah L. Thorne |

### NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on **March 20**, **2018 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Deborah L. Thorne**, Bankruptcy Judge, in Courtroom 613, U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other Judge who may be sitting in her place and stead, and shall then and there present the **FINAL FEE APPLICATION OF GREENBERG TRAURIG, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF NON-INSIDER EQUITY HOLDERS FOR THE TIME PERIOD FROM SEPTEMBER 7, 2017 THROUGH AND INCLUDING FEBRUARY 1, 2018**, a copy of which is attached and hereby served upon you.

Dated: February 22, 2018               **GREENBERG TRAURIG, LLP**

                                    By:    */s/ Nancy A. Peterman*
                                           Nancy A. Peterman, Esq.

Nancy A. Peterman (ARDC # 6208120)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
(312) 456-8400
(312) 456-8435 (fax)
petermann@gtlaw.com

*Counsel for the Official Committee of*
*Non-Insider Equity Holders*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that true and correct copies of this Notice and the **FINAL FEE APPLICATION OF GREENBERG TRAURIG, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF NON-INSIDER EQUITY HOLDERS FOR THE TIME PERIOD FROM SEPTEMBER 7, 2017 THROUGH AND INCLUDING FEBRUARY 1, 2018**, were served upon the parties listed on the service list attached hereto via this courts CM/ECF system, and via United States, First Class Mail on February 22, 2018.

_/s/ Nancy A. Peterman_
Nancy A. Peterman

### SERVICE LIST

- **Jonathan E Aberman**    jaberman@dykema.com, docketCH@dykema.com
- **Jeffrey Bergman**    jbergman@mandellmenkes.com, ngagen@mandellmenkes.com;docket@mandellmenkes.com
- **Randall S Borek**    rborek@brotschulpotts.com
- **Adam G. Brief**    Adam.Brief@usdoj.gov
- **Scott R Clar**    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- **Jeffrey C Dan**    jdan@craneheyman.com, sclar@craneheyman.com;jmunoz@craneheyman.com
- **Denise A Delaurent**    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis**    mdiakoumakis@dykema.com, DocketCH@dykema.com,bmederich@dykema.com
- **Jordan B Dorrestein**    jdorrestein@gwllplaw.com, npoulos@gwllplaw.com;nstephens@gwllplaw.com
- **Tony L Draper**    tdraper@wwmlawyers.com
- **Joshua M Feagans**    jfeagans@gwllplaw.com
- **Frances Gecker**    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
- **Frances Gecker**    fgecker@fgllp.com, csmith@fgllp.com
- **Jay R Goldberg**    jgoldberg@fieldandgoldberg.com
- **Thomas G. Griffin**    tgriffin@wwmlawyers.com, jvail@wwmlawyers.com;docket@wwmlawyers.com;walker-ecfs_notice@juralaw.net
- **Reed A Heiligman**    reed@heiligman.com
- **David Paul Holtkamp**    David.Holtkamp2@cityofchicago.org
- **Micah R Krohn**    mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com;mmatlock@fgllp.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Karen Newbury**    knewbury@fgllp.com, mmatlock@fgllp.com;ccarpenter@fgllp.com
- **Lauren Newman**    lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- **Richard C Perna**    rperna@frltd.com, pgutierrez@frltd.com
- **Nancy A Peterman**    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- **John R Potts**    ryan@brotschulpotts.com, solesch@brotschulpotts.com
- **Peter J Roberts**    proberts@shawfishman.com
- **David M Rownd**    drownd@thompsoncoburn.com
- **Ryan T Schultz**    rschultz@foxswibel.com, bkdocket@fslc.com
- **Mark Adam Silverman**    msilverman@dykema.com, CSurovic@dykema.com;DocketCH@dykema.com

- **William W Thorsness**    wthorsness@vedderprice.com,
  ecfdocket@vedderprice.com;ewatt@vedderprice.com;7610@ecf.pacerpro.com;william-thorsness-6297@ecf.pacerpro.com
- **Edward S Weil**    eweil@dykema.com, hbarhorst@dykema.com
- **Barbara L Yong**    blyong@gct.law, mperez@gct.law,
  myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law;r61390@notify.bestcase.com

## U.S. MAIL SERVICE LIST

2956 North Sheffield Restaurant LLC
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

Alchemy, LLC
c/o Lyle Zimmerman
13660 Ridge Road
Highland Park, IL 60035

404 Wine Bar Co.
c/o Southport Enterprise
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Aldan Finn Construction Service
654 W. Briar Place
Chicago, IL 60657

747 Investors LLC
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

Anderson Elevator
c/o Kyle T. Dillon
McFadden & Dillon, P.C.
120 S. LaSalle St., #1335
Chicago, IL  60603

801 E. Main St.
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

ACO PT-1, LLC
a/k/a Century 21 Affiliated
c/o Cheryl Fulop
Fulop Law, PC
589 Drexel Ave.
Glencoe, IL 60022

Arnstein & Lehr LLP
ATTN:  Michelle G. Novick
161 N. Clark Street, Ste. 4200
Chicago, IL 60601-3316

Adam Weinberg
c/o The Cosentino Law Firm
ATTN:  Chris Cosentino
801 E. Main St.
St. Charles, IL 60174

Arsova LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Adaptly, Inc.
747 N. LaSalle, #3500
Chicago, IL 60654

Associate Area Counsel, SB/SE
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Adeptia, Inc.
ATTN:  Lou Ennuso
343 W. Erie St., Ste. 430
Chicago, IL 60654

Breather Products US, Inc.
343 W. Erie Street, Ste. 310
Chicago, IL 60654

BrightSpeed Solutions, Inc.
343 W. Erie St., Ste. 200
Chicago, IL  60654

Brown, Udell, Pomerantz & Delrahim
225 W. Illinois St., Ste. 300
Chicago, IL  60654

Brunch
c/o Onion Erie Enterprises, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Cerno Construction LLC
ATTN:  Jozo Vucic
5646 N. Central Ave.
Chicago, IL  60646

Chicago Medical Exchange
343 W. Erie St., Ste. 240
Chicago, IL  60654

City of Chicago
Dept. of Finance Utility Billing
ATTN:  Agnieszka Pikus
333 S. State St., Ste. 330
Chicago, IL 60604

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Atcha, D.D.S. P.C.
747 N. LaSalle, Ste. Main N
Chicago, IL 60654

boberdoo.com LLC
ATTN:  John Bradley
747 N. LaSalle, #210
Chicago, IL 60654

Cotton Candy Global Marketing, Inc.
343 W. Erie St., Ste. 450
Chicago, IL 60654

Cushman & Wakefield
200 S. Wacker Dr., Ste. 2800
Chicago, IL  60606

Dave Howlett
3435 W. Schubert Ave.
Chicago, IL 60647

Devbridge Group, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

DIAG Bar & Grill
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Direct Energy Business
ATTN:  Jonathan Love
1001 Liberty Ave., Fl. 13
Philadelphia, PA 15222

Doll in a Dash
343 W. Erie St., Ste. 100W
Chicago, IL 60654

6

Commonwealth Edison
Attn:  Bankruptcy Dept.
2 Lincoln Center
Oakbrook Terrace, IL 60181-4260

Cook Country Treasurer
118 N. Clark St., Ste. 112
Chicago, IL  60602

Embassy Studio Corp.
ATTN:  Jennifer Ransford
747 N. LaSalle, #200
Chicago, IL 60654

EVGC, LLC
343 W. Erie St., Ste. 320
Chicago, IL 60654

Fair Harbor Captial, LLC
Ansonia Finance Station
P.O. Box 237037
New York, NY 10023

Fish Bar
c/o Big Onion Tavern Group, LLC
James L. Webster
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Fuchs & Roselli
440 W. Randolph St., #500
Chicago, IL 60606

GamePlan Branding Group, Inc.
343 W. Erie St., Ste. 230
Chicago, IL 60654

George Alexakis
1615 W. Lexington Dr.
Arlington Heights, IL 60004

Grainne McKeown
1011 W. Wellington, Ste. 220

DMK Burger Bar
c/o DMK Management, LLC
1664 N. Ada, Right Door
Chicago, IL 60642

Dr. David Rakofsky
1011 W. Wellington, Ste. 210
Chicago, IL 60657

EIS Elevator Inspection Services
745 McClintock Dr., #235
Willowbrook, IL  60527

Hal Reisenfeld
22311 Fairview Bend Dr.
Bonita Springs, FL  34135

House of Glass
424 N. York Rd.
Elmhurst, IL  60126

Hudson Energy
4 Executive Blvd., Ste. 301
Suffern, NY  10901

Internal Revenue Service
ATTN:  Jetaun Harper
233 East 84th Dr., 3rd Floor
Merrillville, IN 46410-6394

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7436
Philadelphia, PA  19101-7364

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

John Hayes/Steven Soeka
2856 N. Southport Ave., #3

7

Chicago, IL  60657

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
ATTN: Samuel Allen Lichtenfeld
6200 N. Hiawatha, #400
Chicago, IL  60646

KTGY Group, Inc.
ATTN:  Terry Christopher
17911 Von Karman Ave., Ste. 200
Irvine, CA 92614

Legum & Norman Midwest, LLC
343 W. Erie St., Ste. 330
Chicago, IL 60654

Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

Massage Therapy Centers of America
ATTN:  Emmanuel Bistas
747 N. LaSalle, #300
Chicago, IL 60654

Matthew Hart/John Dillon
2856 N. Southport Ave., #2
Chicago, IL 60657

Melnaz Habib
1230 Walnut Hill Farm Drive
Chesterfield, MO  63005

Mickey's Linen
4601 W. Addison St.
Chicago, IL 60641

Chicago, IL 60657

Joshua & Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Kevin and Sarah Donnelly
1411 W. George St., #2
Chicago, IL 60657

Khaja Gulam Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

NOCO LLC d/b/a UFC Gym
343 W. Erie St., Ste. LL1
Chicago, IL 60654

People's Gas
130 E. Randolph Dr., 24th Flr.
Chicago, IL 60601-6207

Phillip M. Palella, DDS
Modern Dental on Sheffield
1007 W. Wellington
Chicago, IL 60657

Prince David Amponsah
2048 Cummings Lane
Flossmoor, IL  60422

Project Outdoor LLC/City Outdoor Holdings
1332 Broadway, Ste. 506
New York, NY  10018

Raila & Associates, P.C.
ATTN:  Paula Raila
747 N. LaSalle, #700
Chicago, IL 60654

Millenium Properties R/E
Attn:  Daniel J. Hyman
205 W. Wacker Dr., Ste. 1750
Chicago,  IL 60606

MKTG, Inc.
343 W. Erie St., Ste. 520
Chicago, IL 60654

Nisar Family Trust
Abid & Rashda Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

Springer Property Services
2856 W. Shakespeare #1E
Chicago, IL 60647

Steven C. Popuch and Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Swidler Spanola and Company, LLC
ATTN:  Stephen Swidler
343 W. Erie St., Ste. 510
Chicago, IL 60654

UX Factory, LLC
343 W. Erie St., Ste. 500
Chicago, IL 60654

VIA Technik LLC/Vinesprout LLC
343 W. Erie Street, Ste. 410
Chicago, IL 60654

Waste Management of Illinois, Inc.
c/o CT Corp. System
208 S. LaSalle St., Ste. 814
Chicago, IL  60604

Richard A. Silver
61373 Bonneville Loop
Bend, OR  97702

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Salibaco, LLC
Robert Saliba
135 S. LaSalle St., Ste. 3914
Chicago, IL  60603

Southport Enterprise Co.
c/o James L. Webster, Registered Agent
320 W. Ohio St., Ste. 501
Chicago, IL 60654

Sullivan Roofing
60 E. State Parkway
Schaumburg, IL  60173

URO Partners, LLC
1011 W. Wellington, Ste. 200
Chicago, IL 60657

Vedder Price P.C.
ATTN:  Michael R. Mulcahy Esq.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601

Victor Bernardi/Shruti Shah
2852 N. Southport, #2
Chicago, IL 60657

York Solutions LLC
343 W. Erie St., Ste. 325
Chicago, IL 60654

9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Erie Street Investors, LLC, et al., | ) | Case No. 17-10554 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Hon. Deborah L. Thorne |

**FINAL FEE APPLICATION OF GREENBERG**
**TRAURIG, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF NON-INSIDER EQUITY HOLDERS FOR THE TIME PERIOD FROM**
**SEPTEMBER 7, 2017 THROUGH AND INCLUDING FEBRUARY 1, 2018**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Official Committee of Non-Insider Equity Holders (the "**Non-Insider Equity Holder Committee**") in the above-captioned cases (the "**Cases**"), submits its final fee application (the "**Application**") for allowance of fees for professional services rendered and reimbursement of expenses incurred for the period from September 7, 2017 through and including February 1, 2018 (the "**Final Application Period**"), pursuant to 11 U.S.C. §§ 330 and 333 the Bankruptcy Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). By this Application, Greenberg Traurig seeks allowance of $102,851.00[1,2] for services rendered and actual, necessary expenses in the amount of $618.80 for a total allowance of $103,469.80 for the Final Application Period. In support of this Application Greenberg Traurig respectfully represents as follows:

---

[1] For this case only, the amount requested for fees includes an hourly rate reduction to $800 per hour for Nancy Peterman ($950 per hour) and Francis Citera ($895 per hour).

[2] In January 2018, Greenberg Traurig raised their billing rates for attorneys and paralegals. However, for this case only, Nancy Peterman and Francis Citera's rate will remain at $800 per hour. Ari Newman's rate for 2018 increased from $515 per hour to $595 per hour.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief sought herein are sections 105, 330 and 333 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

## BACKGROUND

3.      On April 3, 2017 (the "**Petition Date**"), Erie Street Investors, LLC, LaSalle Investors, LLC, and WSC Parking Fund I, filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**").

4.      Subsequently, on April 5, 2017 George Street Investors, LLC and Sheffield Avenue Investors, LLC (collectively, with Erie Street Investors, LLC, LaSalle Investors, LLC and WSC Parking Fund I, the "**Debtors**") filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

5.      On May 16, 2017, this Court entered an Order Approving the Appointment of a Chapter 11 Trustee [Docket No. 94].

6.      On August 31, 2017, this Court entered an Order Directing the Appointment of Statutory Committee of Equity Security Holders Pursuant to 11 U.S.C. 1102(a)(2) [Docket No. 320].

2

7. On September 8, 2017 the United States Trustee filed the Notice of Appointment of a Committee of Non-Insider Equity Holders [Docket No. 361].

8. On September 18, 2017, Greenberg Traurig filed its Application for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Official Committee of Non-Insider Equity Holders *Nunc Pro Tunc* as of September 7, 2017 [Docket No. 373].

9. On September 26, 2017, this Court entered an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Non-Insider Equity Holders Retroactive to the September 7, 2017, a copy of such Order is attached hereto as **Exhibit A** [Docket No. 387].

10. On January 25, 2018, this Court entered an Order substantively consolidating the Chapter 11 Cases [Docket No. 484].

11. On February 1, 2018, this Court entered an Order Converting the Chapter 11 Cases to Chapter 7 [Docket No. 487]. Pursuant to the Order, the Non-Insider Equity Committee was disbanded.

## FINAL FEE APPLICATION

12. This is Greenberg Traurig's first and final fee application. The Final Application Period covers the time period beginning September 7, 2017 and ending February 1, 2018. This Application requests final allowance of compensation and reimbursement of expenses in the aggregate amount of $103,469.80. As of the date of this Application, Greenberg Traurig has received no payments from the Debtors on account of the fees and expenses incurred in

3

connection with its representation of the Non-Insider Equity Holder Committee.  A summary of the monthly invoices are attached hereto as **Exhibit B**.

<u>**SUMMARY OF FEES INCURRED/SERVICES RENDERED**</u>

13.     During the Final Application Period, timekeepers incurred a total of 157.50 hours with the related fees totaling $102,851.00, for a blended rate of $653.02 per hour.  Greenberg Traurig believes that these fees are reasonable and fair in light of the complexity of these Cases. A summary of the fees incurred during the Final Application Period are organized (i) by timekeeper and (ii) by task code and are attached hereto as **Exhibit C and Exhibit D,** which are incorporated herein by reference.

14.     The services performed during this Final Period generally include the following categories:

A.     <u>**Case Administration**</u> **(804)**

Services in this category include general case administration, including, without limitation, correspondence with the Debtors regarding general case strategy. These services are grouped in this category because they are not readily susceptible of being placed in any of the project categories established in these Cases.

Greenberg Traurig expended 5.30 hours with a value of $3,941.00 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Nancy A. Peterman | 3.00 | $800 | $2,400.00 |
| Ryan Wagner | 2.30 | $670 | $1,541.00 |

4

B.     **Claims Administration and Objections** (805)

Services in this category include (i) preparing claims analysis chart, and (ii) analysis of the City of Chicago's claim issues.

Greenberg Traurig expended 6.10 hours with a value of $2,786.00 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Gabriel Aizenberg | 0.80 | $795 | $636.00 |
| Nancy A. Peterman | 0.90 | $800 | $720.00 |
| Maribel Fontanez | 4.40 | $325 | $1,430.00 |

C.     **Stay Relief** (807)

Services in this category include time reviewing the City of Chicago's motion for adequate assurance.

Greenberg Traurig expended 0.30 hours with a value of $240.00 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Nancy A. Peterman | 0.30 | $800 | $240.00 |

D.     **Litigation Matters** (810)

Services in this category include time incurred to (i) review and analyze an arbitration complaint involving one of the Debtors' equity holders, (ii) review and analyze the motion to approve a settlement with the Arthur Holmer and related parties and (iii) conferences with the Chapter 7 Trustee regarding the settlement agreement with Arthur Holmer and related parties.

5

Greenberg Traurig expended 9.10 hours with a value of $7,000.50 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Sean W. Bezark | 1.30 | $770 | $1,001.00 |
| Francis A. Citera | 0.40 | $800 | $320.00 |
| Nancy A. Peterman | 6.50 | $800 | $5,200.00 |
| Ari Newman | 0.70 | $515 | $360.50 |
| Ari Newman[3]* | 0.20 | $595 | $119.00 |

E.    **Plan and Disclosure Statement** (812)

Services in this category include time (i) reviewing and analyzing the Debtors' various combined plans and disclosure statements, (ii) conferences with Debtors' counsel, Arthur Holmer's counsel and the Non-Insider Equity Holders regarding the various combined plans and disclosure statements (iii) preparation of exhibit lists, witness lists and other general preparation for a contested confirmation hearing, and (iv) conference calls with various parties in interest regarding the plan, confirmation hearing and discovery issues.

Greenberg Traurig expended 59.80 hours with a value of $34,778.00 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Francis A. Citera | 4.20 | $800 | $3,360.00 |
| Scott M. Grossman | 0.50 | $695 | $347.50 |
| Nancy A. Peterman | 11.80 | $800 | $9440.00 |

---

[3] Ari Newman's rate for 2018 increased from $515 per hour to $595 per hour.

| | | | |
|---|---|---|---|
| Tiffany Andras | 2.20 | $395 | $869.00 |
| Ari Newman | 38.60 | $515 | $19,879.00 |
| Maribel Fontanez | 1.50 | $325 | $487.50 |

### F.    Fee/Employment Applications (813)

Services in this category include time (i) drafting the application to retain and employ Greenberg Traurig, (ii) reviewing and analyzing the trustee's motion to continue briefing and hearing on approval of the final fee application filed by Debtors' counsel, and (iii) reviewing and analyzing the proposed resolution of objections to the fees incurred by Debtors' counsel.

Greenberg Traurig expended 8.90 hours with a value of $6,211.50 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Gabriel Aizenberg | 0.30 | $795 | $238.50 |
| Nancy A. Peterman | 2.10 | $800 | $1,640.00 |
| Ari Newman | 0.40 | $515 | $206.00 |
| Ryan Wagner | 6.10 | $670 | $4,087.00 |

### G.    Creditors' Committee - General (831)

Services in this category include time spent (i) preparing and participating in meetings of the Non-Insider Equity Holder Committee, (ii) drafting the bylaws for the Non-Insider Equity Holder Committee, (iii) reviewing and analyzing the motion to reconstitute the Non-Insider Equity Holder Committee and preparing a response to such motion, (iv) preparing agendas for meetings of the Non-Insider Equity Holder Committee, and (v) addressing other related matters.

Greenberg Traurig expended 40.40 hours with a value of $27,319.50 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Nancy A. Peterman | 20.20 | $800 | $16,160.00 |
| Ari Newman | 14.40 | $515 | $7,416.00 |
| Ari Newman[4]* | 1.90 | $595 | $1,130.50 |
| Ryan Wagner | 3.90 | $670 | $2,613.00 |

H.    **Creditor Inquiries** (832)

Services in this category include telephone conferences with equity holders regarding the Cases generally.

Greenberg Traurig expended 2.30 hours with a value of $1,754.50 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Nancy A. Peterman | 2.00 | $800 | $1,600.00 |
| Ari Newman | 0.30 | $515 | $154.50 |

I.    **Court Hearings** (833)

Services in this category include preparing for and attending various court hearings.

Greenberg Traurig expended 14.70 hours with a value of $11,749.00 in this category during the Final Application Period.

---

[4] Ari Newman's rate for 2018 increased from $515 per hour to $595 per hour.

8

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Gabriel Aizenberg | 2.20 | $795 | $1,749.00 |
| Francis A. Citera | 2.40 | $800 | $1,920.00 |
| Nancy A. Peterman | 10.10 | $800 | $8,080.00 |

J.      **Sale of Property (838)**

Services in this category include (i) conference calls with the Chapter 7 Trustee regarding the sale process, (ii) conference calls with the Non-Insider Equity Holder Committee regarding the status of the sale and other potential options, (iii) review and analysis of the asset purchase agreement and form of sale order, (iv) review and analysis of the majority equity holders' objection to the sale and (v) review and analysis of the closing statement.

Greenberg Traurig expended 10.60 hours with a value of $7,071.00 in this category during the Final Application Period.

| Professional | Hours | Rate | Fees Incurred |
|---|---|---|---|
| Gabriel Aizenberg | 2.50 | $795 | $1,987.50 |
| Nancy A. Peterman | 3.20 | $800 | $2,560.00 |
| Ari Newman | 4.90 | $515 | $2,523.50 |

## SUMMARY OF EXPENSES

15.      During the Final Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to these Cases.  Therefore, Greenberg Traurig is also applying for reimbursement of expenses incurred during the Final Application Period, which total $618.80.  These expenses are itemized and attached hereto as **Exhibit E** and consist of conference calls, local travel charges, and information and research charges.

9

## SUMMARY AND CONCLUSION

16.     During the Final Application Period, Greenberg Traurig expended a total of 157.50 hours rendering professional services to the Non-Insider Equity Holder Committee. Based upon the total number of hours spent in connection with Greenberg Traurig's representation of the Non-Insider Equity Holder Committee, the amount of fees incurred during the Final Application Period is $102,851.00.  Greenberg Traurig requests approval and payment of the professional fees incurred during the Final Application Period.

17.     As counsel to the Non-Insider Equity Holder Committee, Greenberg Traurig incurred a total of $618.80 in out-of-pocket expenses during the Final Application Period. Greenberg Traurig requests approval and payment of the actual and necessary expenses incurred during the Final Application Period.

18.     Greenberg Traurig diligently represented the Non-Insider Equity Holder Committee during these Cases.  Based upon the circumstances, the fair value of the professional services rendered by Greenberg Traurig to the Non-Insider Equity Holder Committee, the skill required, the nature of services rendered and the results obtained, the fees charged by Greenberg Traurig for its services are reasonable.

19.     All services for which Greenberg Traurig requests compensation were performed for and on behalf of the Non-Insider Equity Holder Committee, and not on behalf of any other entity.

20.     No agreement or understanding exists between Greenberg Traurig or any other person for sharing compensation that has been or will be received, except such sharing as is customary and generally accepted among lawyers within a law firm.

21.     No agreement or understanding, expressed or implied, has been or will be entered into for the purpose of fixing the fees or other compensation to be paid to any other attorney for any party in interest, to any other party in interest, or to any person for services rendered in connection with this Case.

<u>**NOTICE**</u>

22.     Notice of this Motion has been provided to all parties in interest via this Court's ECF/CM system and via United States First Class mail as listed on the attached certificate of service.

WHEREFORE, Greenberg Traurig respectfully requests that this Court enter an Order:

(i)      allowing its fees on a final basis in the amount of $102,851.00;

(ii)     allowing its expenses on a final basis in the amount of $618.80;

(iii)    authorizing and directing the Chapter 7 Trustee to pay Greenberg Traurig $103,469.00, representing final allowance of fees and expenses incurred during the Final Application Period; and

(iv)    granting such other and further relief deemed appropriate under the circumstances.

11

Dated: February 22, 2018                    **GREENBERG TRAURIG, LLP**


                                            By:    */s/ Nancy A. Peterman*
                                                   Nancy A. Peterman, Esq.


Nancy A. Peterman (ARDC # 6208120)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
(312) 456-8400
(312) 456-8435 (fax)
petermann@gtlaw.com


*Counsel to the Official Committee of Non-*
*Insider Equity Holders*

12