IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*[1], | ) | No. 17-10554 (DLT) |
| | ) | Jointly Administered |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | **Hearing Date:   December 20, 2018** |
| | ) | **Hearing Time:   10:00 a.m.** |
| | ) | **Courtroom:   613** |

**COVER SHEET FOR FIRST AND FINAL FEE
APPLICATION OF PLANTE MORAN, PLLC**

| | |
|---|---|
| Name of Applicant: | Plante Moran, PLLC |
| Authorized to Provide Professional Services to: | Frances Gecker, as Chapter 7 Trustee |
| Period for Which Compensation is Sought: | February 2, 2018 through October 31, 2018 |
| Amount of Fees Sought: | $          27,700.00 |
| Amount of Expense Reimbursement Sought: | $          0.00 |
| This is a: | First and Final Fee Application |

The aggregate amount of fees and expenses *paid* to Applicant to date for services rendered and expenses incurred during the Chapter 11 period is: $14,000.00.

---

[1] The Debtors in these consolidated Chapter 7 cases, are: along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

{ERIESTRE/001/00055246.DOCX/2}

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ERIE STREET INVESTORS, LLC, *et al.*, ) | No. 17-10554 (DLT) |
| ) | Jointly Administered |
| Debtors. ) | Substantively Consolidated |
| ) | |
| ) | Honorable Deborah L. Thorne |
| ) | |
| ) | **Hearing Date:  December 20, 2018** |
| ) | **Hearing Time:  10:00 a.m.** |
| ) | **Courtroom:    613** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **December 20, 2018**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in Courtroom No. 613 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **First and Final Fee Application of Plante Moran, PLLC**, a copy of which is attached hereto and hereby served upon you.

Dated:  November 29, 2018

Respectfully submitted,

Frances Gecker, solely as Chapter 7 Trustee of Erie Street Investors, LLC, *et al.*

By: /s/   *Micah R. Krohn*
  One of her attorneys

Frances Gecker (IL Bar No. 6198450)
Micah R. Krohn (IL Bar No. 6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:   (312) 276-1400
Facsimile:    (312) 276-0035

{ERIESTRE/001/00055246.DOCX/2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 17-10554 (DLT) |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*[2], | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | (Substantively Consolidated) |

### FIRST AND FINAL FEE APPLICATION OF PLANTE MORAN, PLLC

Frances Gecker, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Erie Street Investors, LLC, and its affiliated debtors (collectively, the "Debtors"), by her attorneys, FrankGecker LLP, pursuant to 11 U.S.C. § 331 and Fed.R.Bankr.P. 2016, respectfully requests the entry of an order allowing Craig Maksymiak and the accounting firm of Plante Moran, PLLC (collectively, "Plante Moran") a flat fee of $27,700.00 for accounting services that they rendered to the Trustee in connection with the preparation of 2017 partnership tax returns for the Debtors (other than George Street Investors, LLC, a single member limited liability company), and authorizing the Trustee to pay same.

### BACKGROUND

1. On April 3, 2017 (the "Petition Date" as to Erie, LaSalle and WSC), Erie Street Investors, LLC ("Erie"), LaSalle Investors, LLC ("LaSalle") and WSC Parking Fund I ("WSC") filed voluntary Chapter 11 petitions in the Court. On April 5, 2017 (the "Petition Date" as to GSI

---

[2] The Debtors in these consolidated Chapter 7 cases, are: along with the last four digits of each Debtor's federal tax identification number, include: Erie Street Investors, LLC (7910); LaSalle Investors, LLC (1653); WSC Parking Fund I (5829); George Street Investors, LLC (9924); and Sheffield Avenue Investors, LLC (1057).

and Sheffield), George Street Investors, LLC ("GSI") and Sheffield Avenue Investors, LLC ("Sheffield") filed voluntary Chapter 11 petitions in the Court.

2. On April 27, 2017, the Court entered orders directing the joint administration of the Debtors' cases. On May 16, 2017, the Court entered an order approving the appointment of Frances Gecker as Chapter 11 trustee for the Debtors.

3. On January 25, 2018, this Court entered an order substantively consolidating the Debtors' bankruptcy cases. On February 1, 2018, this Court entered an order converting the case to Chapter 7, and on February 2, 2018, the Trustee was appointed Chapter 7 trustee of the Debtors' substantively consolidated Chapter 7 estate.

4. All estate assets have been liquidated and all disputed claims and interests resolved.

5. On October 16, 2018, this Court entered an order authorizing the Trustee to make an interim distribution to creditors, totaling $985,141.91, which amount included payment in full of all allowed claims, plus interest calculated from the Petition Date through October 16, 2018.

6. As of November 29, 2018, estate funds totaled $2,128,102.73. The Trustee estimates unpaid administrative claims in the amount of approximately $273,820. Allowed limited liability company membership interests in the Debtors total $1,885,000.00.

### Retention and Services Provided by Plante Moran

7. On September 5, 2017, the Court granted the Chapter 11 trustee's retention motion and entered an order authorizing the Trustee to employ Plante Moran as the Chapter 11 trustee's accountant.

8. During the Chapter 11 period, Plante Moran prepared the estates' 2016 partnership returns. On November 7, 2017, the Court entered an order allowing Plante Moran's first and final Chapter 11 fee application in the amount of $14,000.00.

9. On February 20, 2018, the Court entered an order authorizing the Trustee to employ Plante Moran as the Trustee's accountant retroactive to February 2, 2018.

10. During the Application Period, Plante Moran rendered tax accounting services relating to the preparation of the estate's 2017 tax returns. The services provided during the Application Period required more time and resources than during the Chapter 11 period, in that:

- In 2017, Plante Moran had to create the trial balance.

- The sale of the Debtors' properties in 2017 required a number of significant calculations, including calculation of gain, the allocation of the purchase price to the various Debtors, and the allocation of income.

## RELIEF REQUESTED

11. The Trustee seeks the entry of an order, pursuant to 11 U.S.C. § 331 and Fed.R.Bankr.P. 2016, authorizing the Trustee to pay Craig Maksymiak and the accounting firm of Plante & Moran, PLLC a $27,700 fee in connection with the preparation and filing of the 2017 partnership tax returns as set forth in **Group Exhibit A.**

## BASIS FOR THE RELIEF REQUESTED

12. Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of compensation. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." § 330(a)(1).

13. The Trustee respectfully submits that Plante Moran's services to the estate were necessary for and beneficial to the estate. The Trustee further submits that the compensation

{ERIESTRE/001/00055246.DOCX/2}

requested herein is reasonable in light of the nature, extent, and value of the services that Plante Moran provided to the Trustee.

14. Plante Moran has submitted invoices during the Application Period, seeking compensation in the agreed reduced amount of $27,700. Plante Moran has maintained detailed records of the time spent in the rendition of professional services for the Trustee during the Application Period. (A billing statement prepared for the services that Plante Moran rendered during the Application Period, totaling $28,325.30, is attached as **Exhibit B** hereto.)

15. The billing statement is in the same form regularly used by Plante Moran to bill its clients for services rendered and includes the dates services were rendered, a detailed, contemporaneous narrative description of the services, the amount of time spent for each service and the designation of the professional who performed the service.

16. All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case and not on behalf of any individual creditor or other person.

17. Other than as set forth herein, no payments have been made or promised to Plante Moran for services rendered in connection with the case. In addition, Plante Moran has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services in this case.

**WHEREFORE**, Frances Gecker, not individually, but as Chapter 7 trustee of the substantively consolidated bankruptcy estate of Erie Street Investors, LLC, *et al.*, respectfully requests the entry of an order, pursuant to 11 U.S.C. § 331 and Fed.R.Bankr.P. 2016: (a) allowing Craig Maksymiak and the accounting firm of Plante & Moran, PLLC, a flat fee for services

provided to the Trustee in the reduced amount of $27,700.00; (b) authorizing the Trustee to pay such amount to Plante Moran; and (c) granting such other relief as the Court deems just.

Dated: November 29, 2018  Respectfully submitted,

Frances Gecker, solely as Chapter 7 Trustee of Erie Street Investors, LLC, *et al.*

By: \_\_\_/s/\_\_\_\_*Micah R. Krohn*\_\_\_\_\_
      One of her attorneys

Micah R. Krohn (6217264)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:   (312) 276-1400
Facsimile:    (312) 276-0035