# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ERIE STREET INVESTORS, LLC | § | Case No. 17-10554 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANCES GECKER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2018 in Courtroom 613 (Judge Deborah L. Thorne),
EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/29/2018         By: /s/ Frances Gecker
                                    Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: § §
ERIE STREET INVESTORS, LLC § Case No. 17-10554
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,933,433.25 |
| and approved disbursements of | $ | 2,805,330.52 |
| leaving a balance on hand of[1] | $ | 2,128,102.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 115,564.38 | $ 0.00 | $ 115,564.38 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 89,540.00 | $ 0.00 | $ 89,540.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 2,283.94 | $ 0.00 | $ 2,283.94 |
| Accountant for Trustee Fees: PLANTE MORAN | $ 27,700.00 | $ 0.00 | $ 27,700.00 |
| Fees: OFFICE OF THE U. S. TRUSTEE | $ 1,300.00 | $ 1,300.00 | $ 0.00 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 38,584.70 | $ 0.00 | $ 38,584.70 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 88.60 | $ 0.00 | $ 88.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ARTHUR B. LEVINE CO., INC. | $ 3,197.00 | $ 3,197.00 | $ 0.00 |
| Other: CITY OF CHICAGO | $ 1,740.00 | $ 1,740.00 | $ 0.00 |
| Other: FIELD AND GOLDBERG, LLC | $ 17,738.79 | $ 17,738.79 | $ 0.00 |
| Other: FIELD AND GOLDBERG, LLC | $ 17.60 | $ 17.60 | $ 0.00 |
| Other: HINES SUPPLY | $ 962.45 | $ 962.45 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 58.38 | $ 58.38 | $ 0.00 |
| Other: MILLENIUM PROPERTIES R/E INC. | $ 4,038.50 | $ 4,038.50 | $ 0.00 |
| Other: SECURITY SHOP INC. | $ 226.03 | $ 226.03 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $    273,761.62

Remaining Balance                                           $  1,854,341.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation: Frances Gecker | $ 406,685.00 | $ 406,685.00 | $ 0.00 |
| Prior Chapter Trustee Expenses: Frances Gecker | $ 247.51 | $ 247.51 | $ 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): FRANKGECKER LLP | $ 18,580.90 | $ 18,580.90 | $ 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): FRANKGECKER LLP | $ 519,712.50 | $ 519,712.50 | $ 0.00 |
| Other Prior Chapter Professional Expenses: GREENBERG TRAURIG LLP | $ 121.60 | $ 121.60 | $ 0.00 |
| Other Prior Chapter Professional Fees: GREENBERG TRAURIG LLP | $ 102,851.00 | $ 102,851.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: CITY OF CHICAGO | $ 686,710.00 | $ 686,710.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $           0.00

Remaining Balance                                             $   1,854,341.11

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,670.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| GEO-01 | DEPARTMENT OF TREASURY | $ 200.00 | $ 200.00 | $ 0.00 |
| 38P | TEAMSTER LOCAL UNION NO. 727 HEALTH AND WELFARE FU | $ 4,210.28 | $ 4,210.28 | $ 0.00 |
| 39P | TEAMSTER LOCAL UNION NO. 727 PENSION FUND | $ 1,702.30 | $ 1,702.30 | $ 0.00 |
| 40P | TEAMSTER LOCAL UNION NO. 727 LEGAL AND EDUC. ASST. | $ 462.47 | $ 462.47 | $ 0.00 |
|  | ILLINOIS DEPARTMENT OF REVENUE | $ 34,095.89 | $ 34,095.89 | $ 0.00 |

Total to be paid to priority creditors        $            0.00

Remaining Balance                             $    1,854,341.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 961,907.52 have been allowed and were paid pro rata only after all allowed administrative and priority claims were paid in full. The timely allowed general (unsecured) dividend was paid at        100.0   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| GEO-05 | VEDDER PRICE P.C. | $ 11,206.76 | $ 11,206.76 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| LAS-05 | GUSSIS LICHTENFELD & ALEXANDER LLC | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| LAS-07 | VEDDER PRICE P.C. | $ 18,285.05 | $ 18,285.05 | $ 0.00 |
| LAS-12 | CERNO CONSTRUCTION LLC | $ 38,700.00 | $ 38,700.00 | $ 0.00 |
| LAS-16 | FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF JEREMY NYE | $ 1,260.00 | $ 1,260.00 | $ 0.00 |
| SHE-04 | VEDDER PRICE P.C. | $ 11,206.76 | $ 11,206.76 | $ 0.00 |
| WSC-08 | ANDERSON ELEVATOR | $ 381.10 | $ 381.10 | $ 0.00 |
| WSC-09 | VEDDER PRICE P.C. | $ 13,875.05 | $ 13,875.05 | $ 0.00 |
| WSC-14 | 761 COMMONWEALTH DRIVE | $ 522.00 | $ 522.00 | $ 0.00 |
| 3 | ARGO PARTNERS | $ 101,543.00 | $ 101,543.00 | $ 0.00 |
| 5 | ALCHEMY LLC. | $ 9,689.34 | $ 9,689.34 | $ 0.00 |
| 6 | ARNSTEIN & LEHR LLP | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| 7 | ACO PT-1, LLC, AN ILLINOIS LIMITED LIABILITY CO | $ 79,906.67 | $ 79,906.67 | $ 0.00 |
| 11 | GUSSIS LICHTENFELD & ALEXANDER LLC | $ 13,960.00 | $ 13,960.00 | $ 0.00 |
| 12 | VEDDER PRICE P.C. | $ 13,875.05 | $ 13,875.05 | $ 0.00 |
| 22 | LEVUN, GOODMAN & COHEN, LLP | $ 4,473.80 | $ 4,473.80 | $ 0.00 |
| 24 | ARGO PARTNERS | $ 45,773.00 | $ 45,773.00 | $ 0.00 |
| 25 | ARGO PARTNERS | $ 38,569.00 | $ 38,569.00 | $ 0.00 |
| 26 | ARGO PARTNERS | $ 108,239.86 | $ 108,239.86 | $ 0.00 |
| 27 | ARGO PARTNERS | $ 11,706.00 | $ 11,706.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF T & | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| 34 | ARGO PARTNERS | $ 2,605.98 | $ 2,605.98 | $ 0.00 |
| 35 | ARGO PARTNERS | $ 392.12 | $ 392.12 | $ 0.00 |
| 36 | ARGO PARTNERS | $ 8,485.00 | $ 8,485.00 | $ 0.00 |
| 38U | TEAMSTER LOCAL UNION NO. 727 HEALTH AND WELFARE FU | $ 46,550.39 | $ 46,550.39 | $ 0.00 |
| 39U | TEAMSTER LOCAL UNION NO. 727 PENSION FUND | $ 18,821.37 | $ 18,821.37 | $ 0.00 |
| 40U | TEAMSTER LOCAL UNION NO. 727 LEGAL AND EDUC. ASST. | $ 5,125.32 | $ 5,125.32 | $ 0.00 |
| 43 | COLLIERS INTERNATIONAL | $ 11,828.12 | $ 11,828.12 | $ 0.00 |
| 51 | d+k Architects | $ 5,325.00 | $ 5,325.00 | $ 0.00 |
| LAS-03 | ARGO PARTNERS | $ 29,980.00 | $ 29,980.00 | $ 0.00 |
| SHE-09 | HOUSE OF GLASS | $ 12,700.00 | $ 12,700.00 | $ 0.00 |
| 4 | DIRECT ENERGY BUSINESS | $ 3,421.78 | $ 3,421.78 | $ 0.00 |
| 41 | DEUTSCHE BANK TRUST COMPANY AMERICAS, ET.AL. | $ 206,250.00 | $ 206,250.00 | $ 0.00 |
| 42 | RSS UBS2012C1-IL GSSA, LLC | $ 68,750.00 | $ 68,750.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 1,854,341.11

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Pursuant to Section 726(a)(6), payments to interest holder claims have been allowed and will be paid as follows on Exhibit E, attached to Trustee's Final Report.

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

Frances Gecker, Trustee
325 N. LaSalle Street
Suite 625
Chicago, IL  60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.