# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ERIE STREET INVESTORS, LLC, *et al.*[1], | ) | Case No. 17-10554 |
| | ) | (Substantially Consolidated) |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |

## CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that on November 30, 2018, I served the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN AND SUBSCRIBED TO
before me this 30th day of November, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H MATLOCK
Notary Public, State of Illinois
My Commission Expires 8/28/2021

---

[1] The Debtors in these Chapter 7 cases include: Erie Street Investors, LLC; LaSalle Investors, LLC; WSC Parking Fund I; George Street Investors, LLC; and Sheffield Avenue Investors, LLC.

# Mailing Information for Case 17-10554

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jonathan E Aberman    jaberman@dykema.com, docketCH@dykema.com
- Jeffrey Bergman    jbergman@mandellmenkes.com, ngagen@mandellmenkes.com;docket@mandellmenkes.com
- Randall S Borek    rborek@brotschulpotts.com
- Adam G. Brief    Adam.Brief@usdoj.gov
- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Christian J Cosentino    cjc_cosentinolaw@tbc.net
- Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com;jmunoz@cranesimon.com;dkane@cranesimon.com
- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Maria A Diakoumakis    mdiakoumakis@dykema.com, DocketCH@dykema.com,bmederich@dykema.com
- Jordan B Dorrestein    jdorrestein@gwllplaw.com, npoulos@gwllplaw.com;nstephens@gwllplaw.com
- Tony L Draper    tdraper@wwmlawyers.com
- Joshua M Feagans    jfeagans@gwllplaw.com
- Jay R Goldberg    jgoldberg@fieldandgoldberg.com
- Thomas G. Griffin    tgriffin@wwmlawyers.com, jvail@wwmlawyers.com;docket@wwmlawyers.com;walker-ecfs_notice@juralaw.net
- David Paul Holtkamp    David.Holtkamp2@cityofchicago.org
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Lauren Newman    lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- Richard C Perna    rperna@frltd.com, pgutierrez@frltd.com
- Nancy A Peterman    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- John R Potts    ryan@brotschulpotts.com, solesch@brotschulpotts.com
- Peter J Roberts    proberts@foxrothschild.com, cknez@foxrothschild.com
- David M Rownd    drownd@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com
- Ryan T Schultz    rschultz@foxswibel.com, bkdocket@fslc.com
- Mark Adam Silverman    msilverman@dykema.com, CSurovic@dykema.com;DocketCH@dykema.com

- William W Thorsness    wthorsness@vedderprice.com, ecfdocket@vedderprice.com;ewatt@vedderprice.com;7610@ecf.pacerpro.com;william-thorsness-6297@ecf.pacerpro.com
- Edward S Weil    eweil@dykema.com, DocketCH@dykema.com
- Barbara L Yong    blyong@gct.law, mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law;r61390@notify.bestcase.com

## Manual Notice List – U.S. MAIL

747 Investors LLC
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

747 Investors LLC
c/o Mark Ranallo
677 Linden Ave.
Lake Forest, IL 60045

761 Commonwealth Drive
ATTN: John Ciroli
North Am. Legal Counsel
HUB Parking Tech.
767 Commonwealth Dr.
Suite 204
Warrendale, PA 15086

801 E. Main Street
c/o Chris Cosentino
The Cosentino Law Firm
801 E. Main St.
St. Charles, IL 60174

Abid Nisar, Trustee
c/o David T. Streett
Herren Dare & Streett
439 S. Kirkwood Road, Ste. 204
St. Louis, MO 63122

ACO PT-1
ATTN: Cheryl Fulop
Fulop Law PC
589 Drexel Ave.
Glencoe, IL 60022

Adam & Melissa Berman
3312 W. Peterson
Chicago, IL 60659

Adam Weinberg
801 E. Main St.
St. Charles, IL 60174

Adam Weinberg
1344 St. Vincents Dr.
Lemont, IL 60439

AFG Real Estate Opportunities Fund
811 Camp Home Road
Suite 110
Pittsburgh, PA 15237

AFG Real Estate Opportunities Fund, LP
c/o Randall S. Borek
Brotschul Potts LLC
30 N. LaSalle St., Ste. 1402
Chicago, IL 60602

Alchemy LLC
c/o Lyle Zimmerman
1360 Ridge Rd.
Highland Park, IL 60035

Anderson Elevator
c/o Kyle T. Dillon
McFadden & Dillon, P.C.
120 S. LaSalle St., #1335
Chicago, IL 60603

Argo Partners
ATTN: Lauren Verma
12 W. 37th St., 9th Flr.
New York, NY 10018

Arnstein & Lehr LLP
ATTN: Michelle G. Novick
161 N. Clark St., Ste. 4200
Chicago, IL 60601

Arthur Holmer
1307 N. Clybourn Ave., Ste. A
Chicago, IL 60610

Cerno Construction LLC
c/o Jozo Vucic
5646 N. Central Ave.
Chicago, IL 60646

Charles Mondrus
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

City of Chicago
c/o David P. Holtkamp
121 N LaSalle St., #400
Chicago, IL 60602

City of Chicago Water Dept.
P.O. Box 6330
Chicago, IL 60680

Colliers International
ATTN: Jake M. Ciancio
6250 N. River Rd., 11-100
Rosemont, IL 60018

D+k Architects
Attn: Corey Dunne
1147 W. Ohio St., Ste. 103
Chicago, IL 60642

David Howlett
43 Castleton Rd.
Valparaiso, IN 46385

David Mondrus
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Department of Treasury
Internal Revenue Service
230 S. Dearborn St.
M/S 5014CHI
Chicago, IL 60604

Dept. of Treasury
Internal Revenue Serv.
P.O. Box 7346
Philadelphia, PA 19101-7346

Dept. of Treasury
Internal Revenue Serv.
ATTN: Jetaun Harper
233 E. 84th Dr., 3rd Flr.
Merrillville, IN 46410-6394

Deutsche Bank Tr. Co.
Rialto Capital Advisors
ATTN: Jon Stanton
790 NW 107 Ave., #400
Miami, FL 33172

Direct Energy Business
ATTN: Jonathan Love
1001 Liberty Ave., 13th Fl.
Pittsburgh, PA 15222

Estate of Steven W. Silver
c/o Richard A. Silver
61373 Bonneville Loop
Bend, OR 97702

Fair Harbor Capital
ATTN: Victor F. Knox
P.O. Box 237037
New York, NY 10023

Francis A. Citera
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL 60601

George Alexakis
1616 W. Lexington Dr.
Arlington Heights, IL 60004

Gussis Lichtenfeld & Alexander
ATTN: Samuel A. Lichtenfeld
6200 N. Hiawatha #400
Chicago, IL 60646

Hal Reisenfeld
22311 Fairview Bend Dr.
Bonita Springs, FL 34135

Hal Reisenfeld
P.O. Box 203
Novelty, OH 44072

House of Glass
ATTN: Steve Beranek
424 N. York Rd.
Elmhurst, IL 60126-2002

Illinois Dept. of Rev.
ATTN: Brent Berberet
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Serv.
Centralized Bankruptcy Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John Eisel
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Joshua & Lisa Lewis
6437 N. Leoti Ave.
Chicago, IL 60646

Khaja G. Mohsin
12865 Thornhill Ct.
St. Louis, MO 63131

Lakeshore Investments LLC
c/o Randall S. Borek
Brotschul Potts LLC
30 N. LaSalle St., Ste. 1402
Chicago, IL 60602

Landmark Infrastructure Holding Co., LLC
Lauren Newman
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603

LD Acquisition Company 12 LLC
Lauren Newman
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603

Levun Goodman & Cohen LLP
ATTN: Jeffrey M. Hill
500 Skokie Blvd. #650
Northbrook, IL 60062

Lynn Bob
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Mehnaz R. Habib
1230 Walnut Hill Farm Dr.
Chesterfield, MO 63005

Michael and Sandy Don
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Michael Gulland and Amanda Eisel
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Mondrus Family Revocable Trust
Dated May 5, 1999
c/o Ryan Schultz
Fox Swibel Levin & Carroll LLC
200 W. Madison, Ste. 3000
Chicago, IL 60606

Nisar Family Trust
Abid & Rashda Nisar
13300 Thornhill Dr.
St. Louis, MO 63131

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Robert Abrams
672 Carriageway Dr.
Buffalo Grove, IL 60089

Robert B. Groholski
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606

Robert Berman Real Estate
c/o Ira Dubin
3312 W. Peterson Ave.
Chicago, IL 60659

Robert Berman Real Estate LP
c/o Barbara L. Yong
Golan Christie Taglia LLP
70 W. Madison, Ste. 1500
Chicago, IL 60602

Robert Berman Real Estate LP
c/o Adam Berman
3312 W. Peterson Ave.
Chicago, IL 60659

RSS UBS2012C1-IL GSSA, LLC
Rialto Capital Advisors
ATTN: Jon Stanton
790 NW 107 Ave., Ste. 300
Miami, FL 33172

Salibaco LLC
ATTN: Robert Saliba
135 S. LaSalle St., #3914
Chicago, IL 60603

Scott Schaefers
Brotschul Potts LLC
30 N. LaSalle St., Ste. 1402
Chicago, IL 60602

Teamsters Local 727
c/o Jeffrey H. Bergman
Mandell Menkes LLC
1 N. Franklin, #3600
Chicago, IL 60606

Tony L. Draper
Walker Wilcox Matousek LLP
1001 McKinney Street, Ste. 2000
Houston, TX 77002

Vedder Price PC
ATTN: Michael Mulcahy
222 N. LaSalle, #2600
Chicago, IL 60601

William Josh Weisfuse
230 W. Division St., Apt. 904
Chicago, IL 60610

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| ERIE STREET INVESTORS, LLC | § § | Case No. 17-10554 |
| Debtor | § § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANCES GECKER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2018 in Courtroom 613 (Judge Deborah L. Thorne),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/29/2018                    By: /s/ Frances Gecker
                                                Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| ERIE STREET INVESTORS, LLC | § | Case No. 17-10554 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 4,933,433.25 |
| and approved disbursements of | $ | 2,805,330.52 |
| leaving a balance on hand of[1] | $ | 2,128,102.73 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Frances Gecker | $ 115,564.38 | $ 0.00 | $ 115,564.38 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 89,540.00 | $ 0.00 | $ 89,540.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 2,283.94 | $ 0.00 | $ 2,283.94 |
| Accountant for Trustee Fees: PLANTE MORAN | $ 27,700.00 | $ 0.00 | $ 27,700.00 |
| Fees: OFFICE OF THE U. S. TRUSTEE | $ 1,300.00 | $ 1,300.00 | $ 0.00 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 38,584.70 | $ 0.00 | $ 38,584.70 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 88.60 | $ 0.00 | $ 88.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ARTHUR B. LEVINE CO., INC. | $ 3,197.00 | $ 3,197.00 | $ 0.00 |
| Other: CITY OF CHICAGO | $ 1,740.00 | $ 1,740.00 | $ 0.00 |
| Other: FIELD AND GOLDBERG, LLC | $ 17,738.79 | $ 17,738.79 | $ 0.00 |
| Other: FIELD AND GOLDBERG, LLC | $ 17.60 | $ 17.60 | $ 0.00 |
| Other: HINES SUPPLY | $ 962.45 | $ 962.45 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 58.38 | $ 58.38 | $ 0.00 |
| Other: MILLENIUM PROPERTIES R/E INC. | $ 4,038.50 | $ 4,038.50 | $ 0.00 |
| Other: SECURITY SHOP INC. | $ 226.03 | $ 226.03 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses　　$ 273,761.62

Remaining Balance　　$ 1,854,341.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation: Frances Gecker | $ 406,685.00 | $ 406,685.00 | $ 0.00 |
| Prior Chapter Trustee Expenses: Frances Gecker | $ 247.51 | $ 247.51 | $ 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): FRANKGECKER LLP | $ 18,580.90 | $ 18,580.90 | $ 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): FRANKGECKER LLP | $ 519,712.50 | $ 519,712.50 | $ 0.00 |
| Other Prior Chapter Professional Expenses: GREENBERG TRAURIG LLP | $ 121.60 | $ 121.60 | $ 0.00 |
| Other Prior Chapter Professional Fees: GREENBERG TRAURIG LLP | $ 102,851.00 | $ 102,851.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: CITY OF CHICAGO | $ 686,710.00 | $ 686,710.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses　　$ 0.00

Remaining Balance　　$ 1,854,341.11

UST Form 101-7-NFR (10/1/2010) (Page: 3)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,670.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| GEO-01 | DEPARTMENT OF TREASURY | $ 200.00 | $ 200.00 | $ 0.00 |
| 38P | TEAMSTER LOCAL UNION NO. 727 HEALTH AND WELFARE FU | $ 4,210.28 | $ 4,210.28 | $ 0.00 |
| 39P | TEAMSTER LOCAL UNION NO. 727 PENSION FUND | $ 1,702.30 | $ 1,702.30 | $ 0.00 |
| 40P | TEAMSTER LOCAL UNION NO. 727 LEGAL AND EDUC. ASST. | $ 462.47 | $ 462.47 | $ 0.00 |
|  | ILLINOIS DEPARTMENT OF REVENUE | $ 34,095.89 | $ 34,095.89 | $ 0.00 |

Total to be paid to priority creditors          $         0.00

Remaining Balance                                $   1,854,341.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 961,907.52 have been allowed and were paid *pro rata* only after all allowed administrative and priority claims were paid in full. The timely allowed general (unsecured) dividend was paid at     100.0   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| GEO-05 | VEDDER PRICE P.C. | $ 11,206.76 | $ 11,206.76 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| LAS-05 | GUSSIS LICHTENFELD & ALEXANDER LLC | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| LAS-07 | VEDDER PRICE P.C. | $ 18,285.05 | $ 18,285.05 | $ 0.00 |
| LAS-12 | CERNO CONSTRUCTION LLC | $ 38,700.00 | $ 38,700.00 | $ 0.00 |
| LAS-16 | FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF JEREMY NYE | $ 1,260.00 | $ 1,260.00 | $ 0.00 |
| SHE-04 | VEDDER PRICE P.C. | $ 11,206.76 | $ 11,206.76 | $ 0.00 |
| WSC-08 | ANDERSON ELEVATOR | $ 381.10 | $ 381.10 | $ 0.00 |
| WSC-09 | VEDDER PRICE P.C. | $ 13,875.05 | $ 13,875.05 | $ 0.00 |
| WSC-14 | 761 COMMONWEALTH DRIVE | $ 522.00 | $ 522.00 | $ 0.00 |
| 3 | ARGO PARTNERS | $ 101,543.00 | $ 101,543.00 | $ 0.00 |
| 5 | ALCHEMY LLC. | $ 9,689.34 | $ 9,689.34 | $ 0.00 |
| 6 | ARNSTEIN & LEHR LLP | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| 7 | ACO PT-1, LLC, AN ILLINOIS LIMITED LIABILITY CO | $ 79,906.67 | $ 79,906.67 | $ 0.00 |
| 11 | GUSSIS LICHTENFELD & ALEXANDER LLC | $ 13,960.00 | $ 13,960.00 | $ 0.00 |
| 12 | VEDDER PRICE P.C. | $ 13,875.05 | $ 13,875.05 | $ 0.00 |
| 22 | LEVUN, GOODMAN & COHEN, LLP | $ 4,473.80 | $ 4,473.80 | $ 0.00 |
| 24 | ARGO PARTNERS | $ 45,773.00 | $ 45,773.00 | $ 0.00 |
| 25 | ARGO PARTNERS | $ 38,569.00 | $ 38,569.00 | $ 0.00 |
| 26 | ARGO PARTNERS | $ 108,239.86 | $ 108,239.86 | $ 0.00 |
| 27 | ARGO PARTNERS | $ 11,706.00 | $ 11,706.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF T & | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| 34 | ARGO PARTNERS | $ 2,605.98 | $ 2,605.98 | $ 0.00 |
| 35 | ARGO PARTNERS | $ 392.12 | $ 392.12 | $ 0.00 |
| 36 | ARGO PARTNERS | $ 8,485.00 | $ 8,485.00 | $ 0.00 |
| 38U | TEAMSTER LOCAL UNION NO. 727 HEALTH AND WELFARE FU | $ 46,550.39 | $ 46,550.39 | $ 0.00 |
| 39U | TEAMSTER LOCAL UNION NO. 727 PENSION FUND | $ 18,821.37 | $ 18,821.37 | $ 0.00 |
| 40U | TEAMSTER LOCAL UNION NO. 727 LEGAL AND EDUC. ASST. | $ 5,125.32 | $ 5,125.32 | $ 0.00 |
| 43 | COLLIERS INTERNATIONAL | $ 11,828.12 | $ 11,828.12 | $ 0.00 |
| 51 | d+k Architects | $ 5,325.00 | $ 5,325.00 | $ 0.00 |
| LAS-03 | ARGO PARTNERS | $ 29,980.00 | $ 29,980.00 | $ 0.00 |
| SHE-09 | HOUSE OF GLASS | $ 12,700.00 | $ 12,700.00 | $ 0.00 |
| 4 | DIRECT ENERGY BUSINESS | $ 3,421.78 | $ 3,421.78 | $ 0.00 |
| 41 | DEUTSCHE BANK TRUST COMPANY AMERICAS, ET.AL. | $ 206,250.00 | $ 206,250.00 | $ 0.00 |
| 42 | RSS UBS2012C1-IL GSSA, LLC | $ 68,750.00 | $ 68,750.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 1,854,341.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Pursuant to Section 726(a)(6), payments to interest holder claims have been allowed and will be paid as follows on Exhibit E, attached to Trustee's Final Report.

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

Frances Gecker, Trustee
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.